**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BRITTANY BAKER,**<br>Plaintiff;<br><br>**v.**<br><br>**HORIZON FEDERAL CREDIT UNION,**<br>**JUSTIN HOWARD,**<br>**MICHAEL PATTERSON,**<br>Defendants | **Case No.**<br><br>**Jury Trial Demanded**<br><br>Filed Electronically |

**TABLE OF EXHIBITS**

| | |
|---|---|
| **Exhibit A** | OSHA Complaint |
| **Exhibit B** | Timeline of Events |
| **Exhibit C** | Amended OSHA Complaint |
| **Exhibit D** | Position Statement, Rebuttal, and Surrebuttal |
| **Exhibit E** | OSHA Decision |
| **Exhibit F** | Objections to OSHA Decision |
| **Exhibit G** | Plaintiff's May—August 2022 Performance Evaluation |
| **Exhibit H** | Plaintiff's September—December 2022 Performance Evaluation |
| **Exhibit I** | Plaintiff's January—April 2023 Performance Evaluation |
| **Exhibit J** | Plaintiff's May—August 2023 Performance Evaluation |

| | |
|---|---|
| **Exhibit K** | Plaintiff's September—December 2023 Performance Evaluation |
| **Exhibit L** | August 23, 2023 Leadership Meeting Minutes |
| **Exhibit M** | April 24, 2024 Leadership Meeting Minutes |
| **Exhibit N** | 2024 Performance Evaluations |
| **Exhibit O** | Plaintiff's January 28, 2025 Email to Defendant Howard |
| **Exhibit P** | Defendant Howard's January 31, 2025 Agenda Setting Email |
| **Exhibit Q** | Defendant Horizon's Whistleblower Policy, Approved April 2024 |
| **Exhibit R** | Plaintiff's March 3, 2025 Email to Defendant Howard |
| **Exhibit S** | Notes of Plaintiff's March 7, 2025 Meeting With Defendant Howard, Additions Made March 21, 2025 |
| **Exhibit T** | Defendant Howard's March 20, 2025 Ultimatum Letter to Plaintiff |
| **Exhibit U** | Plaintiff's April 3, 2025 Email to Defendant Howard |
| **Exhibit V** | Plaintiff's Completed Application for Chief Relationship Officer Position and Carrier Email |
| **Exhibit W** | Plaintiff's May 16, 2025 Email to James Fedele, Chairman of Defendant Horizon's Board of Directors |
| **Exhibit X** | Plaintiff's January—April 2025 Performance Evaluation |
| **Exhibit Y** | Plaintiff's May 22, 2025 Sworn Statement of Events Submitted to the NCUA |
| **Exhibit Z** | Plaintiff's May 27, 2025 Formal Complaint to Defendant Horizon's Supervisory Committee |
| **Exhibit AA** | Plaintiff's June 11, 2025 Termination Letter |