# EXHIBIT C

**U.S. Department of Labor – Occupational Safety and Health Administration**

**Whistleblower Case Activity Worksheet**

| Filed Date | Case # | Local Case # | Investigator |
|---|---|---|---|
| 06-11-2025 | 301055479 | | Stephen Fitzgerald |

**Complainant Information**

| | | | |
|---|---|---|---|
| Complainant Name | Brittany Baker | | |
| Primary Address | [redacted] | Mailing Address | [redacted] |
| Phone | [redacted] | E-mail | [redacted]@gmail.com |

| | | | |
|---|---|---|---|
| Designated Rep | JenniferNachamkin | Organization | Strokoff and Cowen |
| Primary Address | 224 Pine St<br>Harrisburg, PA 17101 | Mailing Address | |
| Phone | (717) 695-8809 | E-mail | [redacted]@strokoffandcowden.c<br>om |

**Respondent Information**

| | | | |
|---|---|---|---|
| Respondent Name | Horizon Federal Credit Union | DBA | |
| Primary Address | 330 Pine St<br>Williamsport, PA 17701 | Mailing Address | 330 Pine St<br>Williamsport, PA 17701 |
| Phone | (570) 326-3636 | E-mail | hr@horizonfcu.org |

**Complaint Allegation**

| | |
|---|---|
| Statute | SOX |

Allegation Summary

Since December 12, 2024 up to her termination, Complainant alleges she notified multiple executive level Respondents via email of potential SOX violations. Complainant alleges Respondent provides services to publicly traded companies. Complainant alleges she engaged in protected activities.

Sometime in April, 2025, Complainant alleges Respondent offered her the choice to resign or reassigned to a less desirable or resignation.

Amended* Complainant alleges Respondent failed to hire her to the CXO position

On or about June 11, Complainant was terminated.

Complainant alleges she was offered the option to resign or be reassigned to a less desirable position, and terminated for engaging in protected activities.

| | |
|---|---|
| Statute | CFPA |

| Allegation Summary |
|---|
| Since December 12, 2024 up to her termination, Complainant alleges she made weekly reports via email notifying multiple executive level Respondents of potential CFPA violations. The alleged violations pertain to:<br>- Regulation B - Equal Credit Opportunity<br>- Regulation C - Home Mortgage Disclosure<br>- Regulation G & H - S.A.F.E. Mortgage Licensing Act<br>- Regulation X - Real Estate Settlement Procedures Act<br>- Regulation V - Fair Credit Reporting<br>- Regulation Z - Truth in Lending , Complainant alleges she engaged in protected activities.<br><br>Sometime in April, 2025, Complainant alleges Respondent offered her the choice to resign or reassigned to a less desirable or resignation.<br><br>On or about June 11, Complainant was terminated.<br><br>Amended* Complainant alleges Respondent failed to hire her to the CXO position.<br><br>Complainant alleges she was offered the option to resign or be reassigned to a less desirable position, and terminated for engaging in protected activities. |

I certify that the complaint was amended.

| Signature | Title | Date |
|---|---|---|
| Stephen Fitzgerald | Regional Investigator | July 31, 2025 |