# EXHIBIT F

STROKOFF & COWDEN, P.C.
ATTORNEYS AT LAW
224 PINE STREET
HARRISBURG, PENNSYLVANIA 17101
www.strokoffandcowden.com

TELEPHONE
(717) 233-5353

FAX
(717) 233-5806

February 5, 2026

**VIA EMAIL: OALJ-Filings@dol.gov**
**AND CERTIFIED MAIL**

Chief Administrative Law Judge
Office of Administrative Law Judges
U.S. Department of Labor
200 Constitution Ave NW
Room S-4325
Washington, DC 20210

**Re:** Horizon Federal Credit Union/Brittany Baker
OSHA Case No: 301055479
**Objections and Request for Hearing**

To the Chief Administrative Law Judge:

Please be advised that this firm represents the Complainant, Brittany Baker, in the above-referenced matter. On January 30, 2026, the Secretary of the U.S. Department of Labor/Occupational Safety and Health Administration (OSHA) issued its findings dismissing Complainant's whistleblower complaints filed under the Sarbanes-Oxley Act (SOX) and the Consumer Financial Protection Act (CFPA). (The January 30, 2026 Findings are attached hereto as **Exhibit A**).

Pursuant to 29 C.F.R. § 1980.106 and 29 C.F.R. § 1983.10, Complainant hereby requests a hearing on the record before an Administrative Law Judge, formally objecting to the following erroneous Findings:

1. "Respondent is not covered under the SOX meaning of 18 U.S.C. §1514A."

2. "Complainant is not covered under the SOX within the meaning of 18 U.S.C. §1514A."

3. "The record also reflects significant concerns regarding Complainant's interactions with other members of the leadership team and subordinate employees."

4. Complainant's protected activity was not "involved in the decisions to demote her, offer her voluntary resignation, not select her for the Chief Relationship Office position or terminate her."

5. "Complainant was terminated for her conduct following incidents related to the removal of two coworkers."

6. "Respondent terminated Complainant on June 11, 2025, following incidents of unprofessional conduct related to the removal of two coworkers occurring several days earlier."

7. "The employer would have reached the same decision even in the absence of Complainant's protected activity."

8. "[T]here is no reasonable cause to believe Respondent violated the Consumer Financial Protection Act of 2010 (CFPA), Section 1057 of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010, 12 U.S.C.A. §5567."

9. Complainant further objects to an investigation that on its face is irreconcilable with the requirements of the law and the OSHA Whistleblower's Investigation Manual (WIM) including but not limited to the following:

a) The failure to test the Respondent's defense (a.k.a engage in pretext testing, *see* WIM, Ch. 2 § VII, pp 32-33, see *also* Ch. 2 §§ I, and V.D; Ch. 4 § X and Ch.5 § III.B.4 ).

b) The failure to interview Complainant's material witnesses

c) The failure to make findings relevant to the nexus between Complainant's protected activity and the multiple adverse actions taken by the Respondent, including:

   i) The undeniable temporal nexus;

   ii) The documented animus toward the protected activity and Complainant's pursuit of same; and

   iii) The pretext evident in Respondent's shifting explanations.

d) The failure to consider Complainant's comprehensive/interactive timeline and documentary evidence establishing the specific violations of the statutes, the dates of her protected activity, and the dates and times of Respondent's adverse actions reflective of its retaliatory intent.

e) Failing to apply the appropriate legal "contributing factor" and/or the "clear convincing" standards required by the CFPA and the SOX.

10) The investigation was hastily terminated to Complainant's damage and detriment (at 11:52 p.m. on Jan. 30, 2026) to avoid government shutdown.

Complainant reserves the right to supplement these objections and present further evidence upon discovery and during the pre-hearing and hearing phases of this matter.

Respectfully submitted,

Jennifer A. Nachamkin, Esq. I.D. 200931
Jacob I. Toth, Esq. I.D. 338504
*STROKOFF & COWDEN, P.C.*
224 Pine Street
Harrisburg, PA 17101
(717)233-5353
[redacted]
*Attorneys for Complainant*

With copies to:

Jessica Mazzeo, Esq.
Timothy McCarthy, Esq.
Jackson Lewis, P.C.
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102
[redacted]

Regional Administrator
Occupational Safety & Health Administration
Philadelphia Regional Office
1835 Market Street
Mailstop OSHA-RO/19
Philadelphia, PA 19103-2968