# EXHIBIT G

## Horizon Manager Performance Appraisal

**Name: Brittany Baker** **Job Title: Director of Retail Delivery**

**Supervisor:** Denise Larivere **From: 05/01/2022** **To: 8/31/2022**

**Scoring Scale**

| | |
|---|---|
| 1 | Does not demonstrate |
| 2 | Below Expectations |
| 3 | Meets Expectations |
| 4 | Exceeds Expectations |
| 5 | Extraordinary |

**Knowledge & Skill**

| Evidence of job knowledge, responsibilities, products/services to succeed in their role | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 5 | 10 | 50 |

**Comments:**
Brittany is extremely knowledgeable in her role. Prior to Horizon, she was a CEO at Wyrope FCU and took the position at Horizon due to culture fit. She quickly mastered using Share One, developing her own reporting and tracking, assisted in creating trackable coaching in isolved and has worked closely with IT to institute enhancements for branch staff.

**Quality**

| Measure how accurately and efficiently emp. performs job duties to achieve their goals | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 3 | 15 | 45 |

**Comments:**
- Loan Total - $13,019,997 out of $15,448,913 (84.28% of goal)
- Debt Protection – 49.59% (110% of goal)
- GAP – 79.05% GAP (131.75% of goal)
- 2/5 branches @ or above loan and debt protection goal
- 5/5 branches over GAP goal
- Instant Approved Mastercard behind goal

Brittany's individual loan production exceeded goals in all areas demonstrating, for her team, the effective use of all the sales behaviors and the results that can be generated with urgency and focus on employee development. As a number focused individual, Brittany created Branch utilization reports, org call and transaction reporting.

**Teamwork**

| Evidence of working harmoniously with team members to achieve common goals | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 10 | 40 |

**Comments:**
Brittany has established working relationships with all areas for organization. A standing monthly meeting with IT and Lending, collaborates with Account Solutions and is working with HR on staffing. Brittany worked across her own teams to complete projects and worked to review and update procedures.

**Service**

| Evidence of providing exceptional service to internal/external members | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 10 | 40 |

**Comments:**
This period, Brittany has spent a considerable amount of time filling in for branch staffing. She achieved the following results in lender in her own member sessions:

- Loan Total - $595,646.30 closed personally
- Debt Protection – 67%
- GAP Protection – 86.25%

She tracked lending calls and established a same day follow up for abandoned calls to ensure we maintain a high level of service.

With internal members, she has provided best practice advice to other departments, brainstormed on utilization tracking for all areas and continues to engage IT to get ongoing technical matters resolved.

**Brand Awareness**

| Evidence of embracing Horizon's brand and culture and demonstrating core values. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 15 | 75 |

**Comments:** Brittany actively participates in several philanthropic organizations in which she represents Horizon in weekly/monthly meetings including, Williamsport Women's Business Group, Rotary, Union County Book Club, Animal Rescue, attended branch shred days. 80+ hours documented in July and Aug alone.

**Internal Development**

| Taking advantage of internal and/or external resources to enhance knowledge and skills. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 10 | 50 |

**Comments:**

| |
|---|
| This period Brittany completed Business Lending Bootcamp, How to Win Friends and Influence People. Brittany also reviews pod casts, call reports and networks extensively to develop and maintain her knowledge and relevance to industry trends. |

**Leadership**

| Evidence or providing direction, displaying innovative ideas and staff development. Ability to make decisions and problem solve. | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 3 | 20 | 60 |
| **Comments:** Branch staffing was an obstacle to accomplishing more in this area. Projects and procedures were delegated to Branch Managers that did not get completed. Coaching and leadership meetings were not as consistent as it should be. The branch did complete the developmental roadmap for staff which will now to utilized to better guide leaderships in their staff develop as well as assist the new Director of Retail Banking help development the branch leaders to become better coaches. | | | |

**Goal #1**

| Improve Debt Protection Results to 35% YTD | **Rating (1-5)** | **Weight (Max total is 10)** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 3 | 5 | 15 |
| **Comments:** The YTD goal is 38.93% but achieved 49.59% in T2 | | | |

**Goal #2**

| Creation of Branch Reports | **Rating (1-5)** | **Weight (Max total is 10)** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 5 | 5 | 25 |

**Comments:**

- The production report was live in June 2022
- Branch Utilization report was live July 2022
- Org Calls and Transaction report was modified and live July 2022
- Consumer Loan goals for 2023 was created and approved August 2022
- Mortgage Loan goals for 2023 is ongoing
- Branch Sales Goals Report is created and set to go live January 2023
- Branch profitability report based upon GLs was created and live in August 2022

| | |
|---|---|
| **Employee Current Period Score**<br>**Sum all points/ 100** | 4.0 |

| **Employee Year to Date Score** | 4.0 |
|---|---|
| | |

**Overall Comments:**

This is Brittany's first full evaluation period beyond her introductory period. She has done an outstanding job with transitioning to Horizon's systems, culture and the organizational teams overall. Employees from across the organization have commented on how much they appreciate and respect her for the support she provides them and willingness to help whenever necessary to get jobs done.

I believe Brittany would have accomplished more within the Branches had staffing not been an obstacle dividing her attention between member service and service to her Leadership Team. She transferred to Director of Lending effective 9/1 and will be focused on learning everything mortgage related to help relieve Amanda until we hire a Mortgage Lending Manager.

I look forward to working with Brittany on several Lending projects that will help us grow our business and add efficiency in lending including adding Commercial Lending, new Mortgage partners and Share One enhancements.

**Employee Development Plan**

**Employee Goals for Next Period**

**Goal #1**
Job descriptions for each of the Consumer Lending and Mortgage Origination departments. Created, approved, rolled out, and executed by staff.

**Goal #2**
Mortgage Origination trained including course completion and minimum of 5 applications submitted through system.

**Employee Comments**

**Supervisor Signature:**

**Date:** 9/26/2022

With my signature, I attest I have received this performance appraisal from my supervisor.
I have had sufficient opportunity to provide my comments in the above area.

**Employee Signature:**

**Date:** 9/26/22

This performance appraisal is not to be construed as an employee contract and does not alter the Employment-AT-Will relationship in any way,

Horizon Federal Credit Union
**Manager Self-Assessment**

**Name:** Brittany Baker

**Job Title:** Denise Lariviere

**Review Period: From** May 1st, 2022 **To** August 31st, 2022

**Self-Assessment**

1. *What were your major achievements since your last performance review?*
   - Exceeded my loan goal (and protections) individually
     - Loan Total - $595,646.30 closed personally
     - Debt Protection – 67%
     - GAP Protection – 86.25%
   - Org Loan Goal for Trimester (and protections)
     - Loan Total - $13,019,997 out of $15,448,913 (84.28% of goal)
     - Debt Protection – 49.59% (110% of goal)
     - GAP – 79.05% GAP (131.75% of goal)
   - Achieved Goal #1 Move the DP needle from 28% YTD to 35% YTD by end of T2 (self-imposed goal)
     - This was achieved by hitting 49.59% for the trimester and 38.93% YTD
   - Achieved Goal #2 Creation of production and goals reports for the branches (self-imposed goal)
     - The production report was live in June 2022
     - Branch Utilization report was live July 2022
     - Org Calls and Transaction report was modified and live July 2022
     - Consumer Loan goals for 2023 was created and approved August 2022
     - Mortgage Loan goals for 2023 is ongoing
     - Branch Sales Goals Report is created and set to go live January 2023
     - Branch profitability report based upon GLs was created and live in August 2022
   - Read the How to Win Friends and Influence People with HFCU book club and participating in community book club with Union County officials
   - Completed the Business Lending Bootcamp in August

2. *How well did you meet and address the needs of your team and meet management deadlines and responsibilities?*
     - Working together to accomplish the CUSA Name 2 project, 4 names remain and await compliance approval or denial of the existing Trust documents.
     - Procedure Review and update is not looking to finish by the anticipated deadline of September 30th due to two manager changes and staffing needs. It was a good portion of the way completed and we have only around 30 procedures to finish out of the 100 we started with on combining and revamping.

- Keybox procedure, procedure is mostly written, the log is created, the procedure review and approval along with compliance approval and formal training are the final steps.
- Filled in and plugged holes wherever I could including several Saturdays, O-C plus some hours every day to fill in plus do my tasks, etc.
- Did not hold consistent manager meetings for August and September is not looking good either. Coaching all managers was also minimal on documented conversations but there were dozens of emails, Teams, and phone calls with them. I have 31 on the spot and 16 coaching journals logged for the trimester between managers and the direct employees I was also covering. Not as much as I would have liked but more than nothing.

3. *Describe how your behaviors have supported Horizon's brand and culture over the past four months.*
   - I strive to represent Horizon in the best way possible, and educate others on who we are, and what we as an institution are all about. I am proud of Horizon and my career here, and in feeling this pride, it is very easy for me to represent Horizon in a respectful and positive light.
   - I volunteer with many organizations support our core belief of community including 56 volunteer hours in August and 38 in July (May and June we were not tracking hours)
   - Volunteering for several events such as shred day even if I end up not being needed to assist at all of them.

4. *Describe what are the areas of your performance (behaviors and results) on which you can improve?*
   - Managing time in a more efficient manner to accomplish all goals and not let any fall behind. Creating a better work life balance so I do not burn myself out while not fully accomplishing anything as a result.
   - Delegating more effectively and not trying to keep everything on my plate.
   - Better understanding of the systems and how each one works to better complete my responsibilities.
   - More consistent coaching with my team as indicated in item 2 it was completed but not as often as I would like (16 coaching journals and 31 observations logged)

5. *Are there additional skills or knowledge that would help you more effectively perform in your current position or enhance your skill opportunities? If yes, please list in what area(s) you would like training.*
   - In my new role the biggest focus for me is learning the new team as well as mortgages. Mortgage is my biggest weakness in the lending areas we currently cover.

6. *What goals (specific measurable results) do you hope to accomplish?*
   - Complete the mortgage training onboarding courses and be able to effectively understand the products in a manner that supports the team.
   - Complete the credit solutions training needed to support the team and understand that system and current HFCU process effectively.

7. *List the subjects you would like to discuss during your performance evaluation.*
   - Any additional goals or projects I should be working on or learning about, timelines and expectations for the role
   - Is there anything that you fell I could do differently or improve on?

We have discussed the self-assessment.

| | |
|---|---|
| [signature] | 9/26/22 |
| **Employee** | **Date** |
| [signature] | 9/26/2022 |
| **Supervisor** | **Date** |

**This is not to be construed as an employment contract.**
**This form does not alter the Employment-At-Will relationship in any way.**