# EXHIBIT H

# Horizon Manager Performance Appraisal

**Name: Brittany Baker** **Job Title: Director of Lending**

**Supervisor: Denise Lariviere** **From: 09/01/2022 To: 12/31/2022**

**Scoring Scale**

| | |
|---|---|
| 1 | Does not demonstrate |
| 2 | Below Expectations |
| 3 | Meets Expectations |
| 4 | Exceeds Expectations |
| 5 | Extraordinary |

**Knowledge & Skill**

| | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| Evidence of job knowledge, responsibilities, products/services to succeed in their role | 4 | 10 | 40 |

**Comments: I have a lot of knowledge of systems and capabilities. Whatever I do not know I have spent time reading the manuals, testing in our development database, and confirming capabilities. Mortgage products are my weakest area and my current development focus to which I have taken several applications, worked and modified other existing ones, sat through appointments with others on the team, and attended closings to gain knowledge on that side of the process.**

Denise: Agreed

**Quality**

| | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| Measure how accurately and efficiently emp. performs job duties to achieve their goals | 3 | 15 | 45 |

**Comments: The production of each department and the organization as a total ranged between above goal and below goal.**

**Loan Origination: 78% of goal for T3 and 88% for the year**
**Mortgage Origination: 44% for both T3 and the year**
**GAP: 135% of goal for T3 and 126% for the year**
**Debt Protection: 131% of goal for T3 and 99% for the year**
**Loan Docs Needed: 156 total for the year for all departments, 67 still open**
**Loan Docs Needed for Brittany's teams: 28 total for the year, 3 still open**
**Delinquency Ratio: .94% for September, .75% for October, .69%- November,**

**Teamwork**

| | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| Evidence of working harmoniously with team members to achieve common goals | 3 | 10 | 30 |

| |
|---|
| **Comments: Received Brand Ambassador for December for assisting other teams, Rise recognitions for the same, I am always willing to jump in and cover or assist anyone anywhere and anytime. This is a good quality that can also lead to being too tenacious or having too high of standards for others as well as spreading myself too thin in accomplishing my own tasks.**<br><br>**Denise - Brittany describes her behavior well. She is working on setting boundaries on the inquiries and assistance she impulsively accepts because she is does not want to say no or disappoint. Understanding her time is most valuable resource without committing to having work consume her personal life as well is a struggle for her. She is working to redirect multiple inquiries to appropriate leaders and not always being the first to volunteer.** |

**Service**

| Evidence of providing exceptional service to internal/external members | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 10 | 40 |

| |
|---|
| **Comments My internal customer service when I allow myself to become overwhelmed can show kinks in its armor and I need to work on better delivery when working with other teams. I strive to ensure that they are able to successfully complete their jobs with data and items needed from myself or my team before they ask for them or without having to repeat a request. This also includes helping streamline their processes to make it easier for them to access what they need on their own.**<br><br>Denise : As mentioned earlier, Brittany can put the needs of other ahead for her own responsibilities which she is working to correct. She is very member focused and priorities phone assistance, |

**Brand Awareness**

| Evidence of embracing Horizon's brand and culture and demonstrating core values. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 15 | 75 |

| |
|---|
| **Comments: Volunteer service is a focus for me as I spend several dozen hours a month working in volunteer activities for many organizations. They are all community focused which works towards our company vision as well. Even if I am not selected to participate in the event I submit my name to a majority of the Horizon sponsored events.** |

**Internal Development**

| Taking advantage of internal and/or external resources to enhance knowledge and skills. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 10 | 50 |

| |
|---|
| **Comments: I have worked to develop the knowledge in my areas of weakness by taking courses, reading books, watching videos, listening to podcasts, and hands on activities. For the mortgage field I have listened to several dozen podcasts and videos discussing mortgage lending, needs, and why things work they way they do in mortgage lending.**<br>Denise: Share One Help Manuals, Book Club, myCU Mortgage Training program, Financial Wellness, Pod Casts. Brittany takes the initiative to deepen her knowledge in the areas she is less versed on. |

**Leadership**

| Evidence of providing direction, displaying innovative ideas and staff development. Ability to | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 3 | 20 | 60 |

| | | | |
|---|---|---|---|
| make decisions and problem solve. | | | |

**Comments: I have a three new teams in this change of position so getting to know each of them and how they operate has been a focus for this trimester. Seeing the strengths and weaknesses as well as assisting them wherever I can. I have been able to work or spend a majority of a day sitting with about 50% of the team so far and I plan to do the same for the rest of the them this coming trimester. I have scheduled one-on-ones on my calendar and have been able to observe and document 3 coaching observations that they have had with their team members.**

Denise: I love the coaching the coach observations Brittany has been able to provide her leaders. Coaching and team development are a priority for 2023. I would like to see Brittany incorporate her leadership team having consistent and documented (in iSolved) coaching sessions in the coming period.

**Goal #1- Mortgage Applications- 5 submitted/worked up**

| Assigned prior to rating period. Maximum weight for both goals is 10. If 1 goal only weight is x 10 | **Rating (1-5)** | **Weight (Max total is 10)** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 3 | 5 | 15 |

**Comments: I have 1 mortgage application that closed, 4 others that are worked up, and 6 additional application links out for submission to learn the system and processes.**

**Goal #2- Loan Processing Utilization Report**

| Assigned prior to rating period. Maximum weight for both goals is 10. If 2 goals weight of each is x 5 | **Rating (1-5)** | **Weight (Max total is 10)** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 5 | 5 | 25 |

**Comments: This report was a joint project between Amanda and myself and it has been created for staffing needs evaluation. As part of that we also had additional projects to work on or have come up. Other projects worked on:**

**Negative Amortization- 90% complete (waiting on Oak Tree and Share One to flip switch and Denise wrote procedure)**

Terms Calculation- Completed and in new procedure
Lending Procedure- with compliance
Lending and real estate policies- with compliance or board approved October and November
Amanda Development- is L3 Underwriter
Credit Solutions- Completed the Foreclosure Cost Analysis for NCUA finding
Credit Solutions Notices- with Compliance for review
Credit Solutions- We automated 3 of her reports and enhanced the repossession tracking for GAAP compliance
Loan Processing- We automated/NS Query the indirect charge off report to save LeAnna approximately 2 hours every month
Identified and started the corrective process for loan charge off issue
Created Underwriter Quality Control evaluation report
Divided out the reports for Amandas department and working on enhancing some of them for the real estate split

| |
|---|
| Completed Consumer Lending Utilization<br>Completed impromptu project for Reg B violation clean up<br>Completed impromptu project for ALM on risk rating codes corrections<br>Began impromptu project for Charge Off loan type correction for proper ALM calculations<br>Began compiling documents and data for the Commercial Enhancement Project for 2023 |

| | |
|---|---|
| **Employee Current Period Score**<br>**Sum all points/ 100**<br>**If new employee: Sum all points/90 and set goals for next evaluation** | 380/100=3.80 |

| | |
|---|---|
| **Employee Year to Date Score** | 780/200=3.90 |

**Overall Comments:**

**Brittany is a career focused dynamo who dedicates an enormous amount of time and energy to perfecting her trade. Focused on self-development, team development, operational efficiencies, and performance reporting have been her focus since her arrival last February.**

**For 2023, Brittany is shifting her attention with emphasis on leadership development beginning with consistent, effective, documented coaching and launching our new Commercial line of business.**

**Employee Development Plan**

**Employee Goals for Next Period. Must be quantitative, with detailed information.**

**Goal #1 – New Heloc Launch**

- **Forms**
- **Org Communication**
- **Training**
- **Elimination of negative amortization**

**Goal #2 Commercial Deposit Relaunch**

- **Market Comparison**
- **Compliance**
- **Forms**

- **Procedures**
- **Training**
- **Corrections**

**Employee Comments**

**Supervisor Signature:** **Date:**

With my signature, I attest I have received this performance appraisal from my supervisor.
I have had sufficient opportunity to provide my comments in the above area.

**Employee Signature:** **Date:** 1/19/23

This performance appraisal is not to be construed as an employee contract and does not alter the Employment-AT-Will relationship in any way,