# EXHIBIT I

**Horizon Federal Credit Union Manager Self-Assessment**

Name: Brittany Baker
Review Period: 01/01/2023 04/30/2023
Job Title Director of Lending

**Self Assessment**

1. What were your major achievements since your last performance review?
    a. Created and reviewed inactive membership list for ASD cleanup
    b. Wrote and reviewed written by team 7 new procedures
    c. Created and reviewed Business Loan Document checklist
    d. Launched Commercial Enhancement Project and is on pace for completion 2 months behind original schedule as determined by leadership meeting project slowdown due to staffing. Still on realigned pace.
    e. Created and reviewed 2 HELOC issues for income loss, negative amortization, and how to correct both in Share One with testing
    f. Corrected Charge off loan interest accrual issue for existing loans for credit reporting corrections
    g. Created and testing Lending Director position in devroles working with Mike B. for his project
    h. Brand Ambassador for December, announced January
    i. Identified and implemented single user lending restrictions to ensure compliance that Share One could not figure out.
    j. Identified and corrected Charge Off loan types to accurately reflect on loan charge off by type report for accuracy in CECL calculations
    k. Covered branch locations and teaching Consumer Lending classes to assist in training other departments
    l. My 1,000 email mortgage got CLOSED which is the highlight of the whole trimester for me since it was technically my first closing besides reentry ones
2. How well did you meet and address the needs of your team and meet management deadlines and responsibilities?
    a. Amanda is on pace and doing very well. She met goals set for herself and exceeded them.
    b. Becky is struggling to keep up but is doing what she can give the remote work and is attending a conference in May to enhance her knowledge.
    c. Jackie is also struggling to hit goals with vendors, rates, etc but is developing in product knowledge and actively working with her team for growth.
3. Describe how your behaviors have supported Horizon's brand and culture over the past four months.
    a. Working with other teams to help cover needs in multiple departments
    b. Participating in Shred days, community FW events, Home Shows, etc
    c. Setting expectations for team participation in events as well as team also crossing over departments to help cover as well.

d. Volunteer work outside of work hours for roughly 150-200 total hours over 4 months

4. Describe what are the areas of your performance (behaviors and results) on which you can improve?
   a. Mortgage knowledge, I have done several applications and still
   b. Consistency in documenting coaching, there is at least one per month per employee but there are on the spots not all documented and the need for increased one-on-ones to more frequent and better documented
   c. Slowing down when developing others as my brain, ability to learn, and expectations do not always align with others. Actively working on this through feedback in Consumer Lending Training participants daily asking what to add, what to go over more, if the pace was ok, if they could follow along, etc.

5. Are there additional skills or knowledge that would help you more effectively perform in your current position or enhance your skill opportunities? If yes, please list in what area(s) you would like training.
   a. None at this time, just more time to do my own items to prevent me from feeling overwhelmed trying to keep up.

6. What goals (specific measurable results) do you hope to accomplish?
   a.

7. List the subjects you would like to discuss during your performance evaluation.

We have discussed the self-assessment.

| | |
|---|---|
| [signature] | 6/6/23 |
| **Employee** | **Date** |
| Denise [signature] | 6/6/23 |
| **Supervisor** | **Date** |

**This is not to be construed as an employment contract.**
**This form does not alter the Employment-At-Will relationship in any way.**

## Horizon Manager Performance Appraisal

**Name:** **Brittany Baker** **Job Title: Director of Lending**

**Supervisor: Denise Lariviere** **From: 01/01/2023 To: 04/30/2023**

**Scoring Scale**

| | |
|---|---|
| 1 | Does not demonstrate |
| 2 | Below Expectations |
| 3 | Meets Expectations |
| 4 | Exceeds Expectations |
| 5 | Extraordinary |

**Knowledge & Skill**

| Evidence of job knowledge, responsibilities, products/services to succeed in their role | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 4 | 10 | 40 |

**Comments:**
I have continued to work to advance my knowledge in the mortgage side of the role which is on pace to where I would expect to be at this point. I have submitted another 3-applications in this trimester as well as have been reviewing reports and activities of the other lenders to familiarize myself with the pipeline. I have also taken additional TRC courses, YouTube podcasts, read reports, and articles over the last several months. I have worked through a very difficult rental income, investment property, application to better understand the process.

Collections, lending, and commercial are well known departments. To understand or keep up with the changes I have been reviewing the compliance training our compliance officer took. I have also been working through the commercial enhancement to update our policies and procedures for current regulations.

Denise: Brittany has dedicated significant time and effort to improve her skills and ability in the areas she was not well versed in. She had her first Mortgage loan closing and has taken other mortgage loan pre-approval applications. She utilizes resources that go beyond the day to day taking into account industry, regulatory, fiscal and rate trends to best manage her lending teams.

**Quality**

| Measure how accurately and efficiently emp. performs job duties to achieve their goals | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 3 | 15 | 45 |

**Comments:** The production of each department and the organization as a total ranged between above goal and below goal.

Loan Origination: 85% of goal for T1 and for the year

Mortgage Origination: 48% for the year
GAP: 78% of goal
Debt Protection: 38% of goal
Loan Docs Needed: 47 total for the year for all departments, 19 still open Loan Docs Needed for Brittany's teams: 13 total for the year, 4 still open Delinquency Ratio: .93% for January, .83% for February, .54%- March

Denise: Brittany had a clean NCUA audit with no findings in any of her lending areas.

**Teamwork**

| Evidence of working harmoniously with team members to achieve common goals | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 3 | 10 | 30 |

**Comments:** I have actively been working on trying to not be the first to jump in and volunteer as well as actively express concerns about my time management when asked to cover other areas or departments, so it negatively impacts my own departments or work less. I have still covered branches, helped with IT items, and Account Solutions for calls, and training for new hires as needed.

Denise: Brittany has made conscience efforts to assist peers while not enabling, and knowing when to say no so others are not distracting her focus on other projects. She has also been working on her modes of communication when facing conflicting view with peers.

**Service**

| Evidence of providing exceptional service to internal/external members | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 10 | 50 |

**Comments** I have been getting overwhelmed less working on my own areas and have been able to work through several projects

a. Created and reviewed inactive membership list for ASD cleanup
b. Wrote and reviewed written by team 7 new procedures
c. Created and reviewed Business Loan Document checklist
d. Launched Commercial Enhancement Project and is on pace for completion 2 months behind original schedule as determined by leadership meeting project slow down due to staffing. Still on realigned pace.
e. Created and reviewed 2 HELOC issues for income loss, negative amortization, and how to correct both in Share One with testing
f. Corrected Charge off loan interest accrual issue for existing loans for credit reporting corrections
g. Created and testing Lending Director position in devroles working with Mike B. for his project
h. Brand Ambassador for December, announced January
i. Identified and implemented single user lending restrictions to ensure compliance that Share One could not figure out.
j. Identified and corrected Charge Off loan types to accurately reflect on loan charge off by type report for accuracy in CECL calculations

| |
|---|
| k. Covered branch locations and teaching Consumer Lending classes to assist in training other departments<br><br>This enhances service overall when more items are getting accomplished. It does not alleviate the guilt of not helping others more but it is more productive in my own areas.<br><br>Denise: Acts as internal help desk for all staff, assists IT, created phone reports to track and call back missed lending calls. Completed several complicated FW reviews with finding unique solutions to put members in the best possible outcomes. |

**Brand Awareness**

| Evidence of embracing Horizon's brand and culture and demonstrating core values. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 15 | 60 |

**Comments:** Volunteer service is a focus for me as I spend several dozen hours a month working in volunteer activities for many organizations. They are all community focused which works towards our company vision as well. Even if I am not selected to participate in the event, I submit my name to a majority of the Horizon sponsored events. I have reduced this trimester the speed at which I volunteer, allowing others to step up first to not overwhelm myself but will still volunteer for as many activities as possible.

**Internal Development**

| Taking advantage of internal and/or external resources to enhance knowledge and skills. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 10 | 50 |

**Comments:** Continued podcasts, online research, articles, actively participating in CUNA Lending Council as well as ACUMA discussion boards. I am also reviewing the compliance material for the course Miranda took. I have not yet attended an ACUMA or other conference as planned but this is for June or October staff depending.

**Leadership**

| Evidence of providing direction, displaying innovative ideas and staff development. Ability to make | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 3 | 20 | 60 |

| | | | |
|---|---|---|---|
| decisions and problem solve. | | | |

**Comments:** Working with new Real Estate Manager to understand her new role, transition the leadership, and develop her team has been a focus. Credit Solutions has also worked through some setbacks with perception, knowledge, and confidence. Consumer Lending and Amanda has excelled in her dedication to coaching time, achieving goals, and holding her team accountable for actions including necessary disciplinary actions when required.

Denise: Brittany has established a good coaching frequency with her team and documenting in iSolved. There has been significant improvement with Amada's coaching and approach as well as Becky. Becky has opened shared her thankfulness for Brittany's support and approach in leading her.

**Goal #1- Heloc Launch**

| Assigned prior to rating period. Maximum weight for both goals is 10. If 1 goal only weight is x 10 | **Rating (1-5)** | **Weight (Max total is 10)** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 4 | 5 | 20 |

**Comments:** New HELOC launch has been a success. Training and product knowledge has been accomplished. New payment calculations, list for negative amortization has been generated, letters sent, additional item of incorrect interest rates has also been identified and letters sent.

Final step is the payment corrections and rate corrections which cannot occur until 06/28-06/30.

**Goal #2- Commercial Lending Project Launch**

| Assigned prior to rating period. Maximum weight for both goals is 10. If 2 goals weight of each is x 5 | **Rating (1-5)** | **Weight (Max total is 10)** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 3 | 5 | 15 |

**Comments:** This project is on its realigned pace based upon staffing constraints. It is behind pace for trimester goal of official relaunch with new documents and procedures. The Oak Tree forms for review, final procedures, account letters mailed out, and manager second level training need to be finished to complete Phase 1 of project.

Denise: Brittany is ahead of Pace for her trimester goal. Forms are not returned from Oak tree but have been reviewed with edits provided. Market comparison is complete and compliance reviewed. Some procedures are written.

| | |
|---|---|
| **Employee Current Period Score**<br>**Sum all points/ 100**<br>**If new employee: Sum all points/90 and set goals for next evaluation** | 370/100= 3.70 |

| | |
|---|---|
| **Employee Year to Date Score** | 3.70 |

**Overall Comments:**

**Brittany is an exceptionally talented financial industry professional. Horizon as on organization and our membership benefit from our thoroughness, tenure and overall industry expertise.**

**Employee Development Plan**

**Employee Goals for Next Period. Must be quantitative, with detailed information.**

**Goal #1 – QRL implementation completed by 8/31/2023**

**Goal #2 – Loan Officer QC report created, tested, and launched for improved lending speed, accuracy, compliance, and quality for our internal and external members.**

**Employee Comments**

**Supervisor Signature:** Denise Lumin **Date:** 6/6/23

With my signature, I attest I have received this performance appraisal from my supervisor. I have had sufficient opportunity to provide my comments in the above area.

**Employee Signature:** **Date:** 6/6/23

This performance appraisal is not to be construed as an employee contract and does not alter the Employment-AT-Will relationship in any way,