# EXHIBIT J

Name: Brittany Baker
Review Period: 05/01/2023 to 08/31/2023
Job Title: Director of Lending

## Self A ssessment

What were your major achievements since your last performance review?

a. Worked with branches and CS to clean up active negative accounts
b. Launched QRL with training
c. Created and launched Loan Originator QC
d. Launched Phase 2 of Commercial Enhancement Project and met with 5 potential partners, completed demos, did research, and training on the subject through each organization
e. Worked through the Home Equity income loss of 70k/year to correct multiple items t
   i. The margin/rate maxes
   ii. 0% intro rate
   iii. VRL update vs payment recalc correction and issue
   iv. Negative Amortization
   v. Splitting of the VRL scripting with Share One testing to address payments not getting recalculated
f. Completed a Consumer Lending Training program update and taught 4 classes
g. Created and taught Share One Tabs based upon leadership team list of items agreed upon for enhanced training
h. Completed 14 BAI trainings and self-assigned 84 in total to work through while determining with compliance the best ones for annual training of the follow departments:
   i. Underwriters
   ii. Collections
   iii. Lending (all)
   iv. Mortgage Lending
   v. New Lenders
j. Got MERS enrollment completed in record time per the MERS rep
k. Got Fannie Mae sponsorship
l. Freddie Mac Sponsorship
m. VA Mortgage lending sponsorship
n. Factual Data setup
o. eOscar enhancement project
p. Created and generate monthly call center reports and analysis
q. Defunct insurance type clean up project identified and started from 74 pages of cleanup and 20 old insurance types to 37 remaining pages and less than a dozen types left. Loan Processing for the assist
r. Loan type rename project for all auto and powersports with loan processing as a team impromptu project.
s. Created and uploaded payoff letters mapped for branch staffing to make their payoffs more accurate, procedure in process
t. Updated several procedures and policies with CS and Amanda for compliance getting them in Heidi.
u. Took over doing rate for lending changes and analysis from Justin and submit recommendations to him instead
v. Updated the Fresh Start Procedure for compliance review

How well did you meet and address the needs of your team and meet management deadlines and responsibilities?

a. Amanda is on pace and doing very well. She met goals set for herself and exceeded them with taking over additional items to delegate tasks from me in her development. She has shown growth in her confidence in running the lending meeting, asking to take over some of the lending reports I run, and holding her team and colleagues accountable when mistakes are made. She is also leading book clubs for her team one a trimester. She has gotten significantly more comfortable having difficult conversations when there are things she does not agree with or questions.
b. Becky is struggling to keep up with the workload and some back and forth with Katie on her ultimate plans and struggles. She has completed several projects both assigned and self assigned to enhance her department. She also attended a collections conference in May and brought back several ideas and plans we have begun to implement with reports and reviewing how we handle collections process. Struggling to keep up with a two man team on all of the calls needing to be made, letters, processes, and reports to run it just runs out of time between the two of them.
c. Jackie started off the trimester on a rough management plan with her evals and some decisions she was making. She has demonstrated a positive turn around holding her team accountable to the choices the execution of the actions they make. Documenting business development in Contact Manager, enrolling in and holding her team to additional training they committed to for goals and above what they committed to taking with certificates, working on becoming more involved with the PFHA process to hold our partner accountable. We were meeting more frequently than bi-weekly during this trimester to get her on track. She also met with and reached out to over 2 dozen potential mortgage partners to have a line up for future potential partnerships.

Describe how your behaviors have supported Horizon's brand and culture over the past four months.

a. Volunteering for several events including shred days, home shows, Financial Wellness programs, grange fair, etc
b. Setting expectations for team participation in events as well as team also crossing over departments to help cover as well.
c. Volunteer outside of the CU for around 100 hours in 4 months.
d. Working at Lock Haven, Muncy, State College, and Third Street as a branch employee to help cover gaps in staffing. d. Volunteer work outside of work hours for roughly 150-200 total hours over 4 months

4. Describe what are the areas of your performance (behaviors and results) on which you can improve?
   a. Mortgage knowledge is still developing. I have continued to listen to podcasts, reviewed Jackies notes on partnerships, and trainings for additional growth in this area.
   b. Directing employees back to their manager for ongoing assistance. I have said no more and redirected them when it is not lending related. This is more about when there is a conflict on what my answer is vs their supervisor so we appears on the same page or consistent as discussed in the leadership meeting. This also includes making sure to point to policy or procedure if applicable when giving responses to ensure accuracy and holding other leaders accountable if there is a conflict in black and white responses.

5. Are there additional skills or knowledge that would help you more effectively perform in your current position or enhance your skill opportunities? If yes, please list in what area(s) you would like training.

   a. None at this time, just more time to do my own items to prevent me from feeling overwhelmed trying to keep up.

6. What goals (specific measurable results) do you hope to accomplish?
   a. Successful clean up of the old insurance types that are no longer active and programming, conversion for the Fortegra change over.

7. List the subjects you would like to discuss during your performance evaluation.

We have discussed the self-assessment.

[signature] 9/28/23
**Employee** **Date**

Denise A [signature] 9/29/23
**Supervisor** **Date**

**This is not to be construed as an employment contract.**
**This form does not alter the Employment-At-Will relationship in any way.**

## Horizon Manager Performance Appraisal

**Name: Brittany Baker** **Job Title: Director of Lending**

**Supervisor: Denise Lariviere** **From: 5/1/2023 To: 8/31/2023**

**Scoring Scale**

| | |
|---|---|
| 1 | Does not demonstrate |
| 2 | Below Expectations |
| 3 | Meets Expectations |
| 4 | Exceeds Expectations |
| 5 | Extraordinary |

**Knowledge & Skill**

| Evidence of job knowledge, responsibilities, products/services to succeed in their role | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 5 | 10 | 50 |

**Comments:** Brittany has a vast depth and breadth of knowledge in the financial services industry in both the commercial and credit union segments. She spends a significant amount of time staying relevant on regulations, market trends, compliance, and legislative topics. Since joining Horizon, she immersed herself, learning every aspect of our Core and ancillary systems (Ring Central, EOscar, Loan Director, Open/Close, BAI, …to name a few) and is the most proficient query developer. She uses these skills to uncover opportunities to improve data integrity, regulatory compliance, and quality control. While Mortgage Lending is not her forte, she has been steadily increasing her knowledge using our mortgage partners, ACUMA, and outside resources. I feel she is where she needs to be at this time to be effective in this area.

These skills were utilized in completing the following projects this period:

- Active Negative Account Clean Up
- Home Equity Programing Corrections
- eOscar Enhancement Project
- Created Ring Central Call Reporting
- DP Insurance Clean Up
- Loan Type Renaming departmental project
- Phase one of Commercial Lending Enhancements

**Quality**

| Measure how accurately and efficiently emp. performs job duties to achieve their goals | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 3 | 15 | 45 |

**Comments:**
Consumer Lending: 74% of T2 Loan Production Goal Achieved, 75% (Goal 60%) for GAP, 49% (Goal 45%) for Debt Protection

| |
|---|
| Mortgage Lending: 51% of T2 Production Goal<br>Credit Solutions: 1.10% YTD delinquency, .26% YTD Charge off ratio.<br><br>We adjusted budgeted numbers earlier this year to reflect the unanticipated economic rate environment impacting our results. We also had higher than normal branch turnover leaving us understaffed 5 FTE lenders during the period. We have struggled with our ability to capture all telephone loan calls with additional plans to tackle the volume with the upcoming launch of Member Engagement.<br><br>Despite these challenges, our Loan Balances are slightly above target and Net Income for the organization is above budget with interest income on booked loans trending above target. |

**Teamwork**

| Evidence of working harmoniously with team members to achieve common goals | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 10 | 40 |

**Comments:**
Brittany always has a willingness to help. We identified where branch employees were frequently approaching Brittany for help bypassing their Branch Manager, Lori or myself. While not intentional, it was fostering some of the "ask the other parent" for employees seeking specific answers and didn't provide their managers the examples that would identify additional training needs. Based on our recent leadership discussions, Brittany has been working on redirection of questions not Lending related with a noticeable change since last period.

**Service**

| Evidence of providing exceptional service to internal/external members | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 10 | 50 |

**Comments:** Brittany has a good rapport with her management peers. Her expertise is called upon from all areas of the organization and she is always willing to help. Most often it is for her data mining and analytic capabilities. She is very responsive in all channels of communications, actively recognizes other successes and milestones in Heidi (monthly).
For this period:

- Created and delivered the TABS Training for all organizational teams to attend
- Lending Training for New Hires
- Branch Support during short staffing periods
- Updated several Consumer Lending policies and procedures with Amanda
- Providing the rate change analysis with recommendations for Justin

**Brand Awareness**

| Evidence of embracing Horizon's brand and culture and demonstrating core values. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 15 | 75 |

**Comments:**

- Attend Shred Day

- Grange Fair Volunteer
- 100 hours of outside volunteer hours with Rotary and other organizations

**Internal Development**

| Taking advantage of internal and/or external resources to enhance knowledge and skills. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 10 | 50 |

**Comments:** As mentioned in other areas of this review, Brittany is a continuous learner that faithfully keeps engaged in the learning process.
This period:

- Completed 14 BAI training with another 84 self-assigned to review content to determine best options for compliance and employees developmental road maps
- Attended Loan Director training for Mortgage Processing
- Completed Commercial Lending Training with Ancin Cooley

**Leadership**

| Evidence of providing direction, displaying innovative ideas and staff development. Ability to make decisions and problem solve. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 20 | 80 |

**Comments:** Brittany has maintained a consistent coaching schedule with her team. Over the last 2 periods, she has worked on relationship behaviors in her own coaching demonstrating adaptability, active listening, and asking more needs defining questions enhancing her consultative approach with her leaders. Her changes and effectiveness are observed in the following examples:

- Becky was very procedurally driven in the past and not solution driven or strategically focused in her leadership. Brittany has been focused on challenging Becky to come with solutions and ideas before coming to her for immediate answers. Even if Brittany has ideas of her own, she shares suggestions that teach Becky to utilize her resource to uncover answers on her own.
- Jackie came to Horizon and had a rough transition to our organizational culture. This was seen in some of her early management decisions and interactions with other internal departments. Brittany changed her coaching schedule to meet with Jackie more frequently, onboard her with the foundational elements of how and why we do the things we do. She facilitated a stronger relationship between Jacke and her Dom which started rocky as well.
- Since the Real Estate / Consumer Lending split, Brittany has Amanda conducting coaching on a more consistent schedule, working on goal development for herself and her team, holding them accountable and more comfortable with difficult conversations.

**Goal #1 – QRL implementation completed by 8/31/2023**

| Assigned prior to rating period. Maximum weight for both goals is 10. If 1 goal only weight is x 10 | Rating (1-5) | Weight (Max total is 10) | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 5 | 25 |

**Comments:** Brittany completed the QRL mortgage partner launch on time despite some unexpected delays in the contract phase and credit reporting setup. Her communication, prompt turn times, and focus prompted positive feedback received from our QRL partner that this was the quickest and smoothest launch he has ever completed. This included Fannie, Freddie, VA, and Mers setup. Staff was trained on the platform, and we started inputting live pre-approvals prior to the end of August.

Job well done!

**Goal #2 – Loan Officer QC report created, tested, and launched for improved lending speed, accuracy, compliance, and quality for our internal and external members.**

| Assigned prior to rating period. Maximum weight for both goals is 10. If 2 goals weight of each is x 5 | Rating (1-5) | Weight (Max total is 10) | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 5 | 20 |

**Comments**: Brttany created and implemented a Loan Origination QC scoring matrix that tracks lender quality in origination. Feedback from Branch Managers has been positive, assisting them in their coaching process. It launched early August with reporting to track results per trimester. The program still needs formal procedures written and published.

| | |
|---|---|
| **Employee Current Period Score**<br>**Sum all points/ 100**<br>**If new employee: Sum all points/90 and set goals for next evaluation** | 4.35 |

| | |
|---|---|
| **Employee Year to Date Score** | T1= 3.70, T2= 4.35 = YTD = 4.03 |

**Overall Comments**

Brittany is a dedicated, talented, and knowledgeable professional. Her analytical abilities, capacity to learn, and project management skills drive her exceptional performance. She is developing her leadership team and dedicated to building Horizon's lending strength throughout the Branch and Member Engagement network to achieve the targets we know we are capable of achieving.

| |
|---|
| |
| **Employee Development Plan** |

**Employee Goals for Next Period. Must be quantitative, with detailed information.**

| |
|---|
| **Goal #1 Completion of Insurance types clean up** |
| **Goal #2 Working with L&M to successfully covert to Fortegra** |

| |
|---|
| **Employee Comments** |

**Supervisor Signature:** Denise [signature] **Date:** 9/28/23

With my signature, I attest I have received this performance appraisal from my supervisor.
I have had sufficient opportunity to provide my comments in the above area.

**Employee Signature:** [signature] **Date:** 9/29/23

This performance appraisal is not to be construed as an employee contract and does not alter the Employment-AT-Will relationship in any way,