# EXHIBIT K

**Horizon Federal Credit Union**
**Manager Self-Assessment**

**Name:** Brittany Baker
**Job Title:** Director of Lending
**Review Period:** From 09/01/2023 To 12/31/2023

**Self Assessment**

1. What were your major achievements since your last performance review?
   - Completing Insurance Runoff Cleanup
   - Debt Protection conversion with Lee & Mason project items done
   - Creating Mortgage Profitability Report
   - Commercial Policy review
   - Written 4 additional procedures and Amanda and I tag teamed additional 6-10 procedure update
   - Business debit card cleanup for Kate's brand switch
   - Launched Loan QC reports
   - Taught 3 Lending Classes
   - Taught 2 Share One Tabs training
   - Taught 1 Loan Closing class
   - Completed 140 BAI courses toward goal of completing all of them to understand what they are teaching and how they may benefit the teams
2. How well did you meet and address the needs of your team and meet management deadlines and responsibilities?
   - Consumer Lending Team was tasked with several departmental projects which helped the org clean up as well as prepare for core switch. They caught up with reports that were behind as well as created several more to maintain compliance. Additional trainings, projects, and goals were set. There is one that still struggles to be consistent with lending goals that Amanda has been pulling them off task where they are comfortable and making them work on the uncomfortable to strengthen that area and get better results.
   - Credit Solutions had some ups and downs with Becky holding her team accountable which we have been working on not taking ownership of issues created but putting it back on the employee who made the mistake to own it and address it.
   - Mortgages we had 2 new hires into the department. We still struggle getting all team members to participate in activities as we have some jump in and some avoid it. So we have focused on smaller participations within their skill and comfort level such as leading book club, having to come up with topics and questions to ask. We also have to work on looking at all options and not just the mortgage programs that we are comfortable with. With consumer lending having additional projects assigned for 2024 and Amanda taking the lead on a list of things I am delegating to her I plan to focus on priority of mortgages, credit solutions, commercial, and then consumer lending as order of need and importance.

3. Describe how your behaviors have supported Horizon's brand and culture over the past four Months.
   - Helping locations filling in for employees at branches
   - Jumping in and taking ME calls if systems go down
   - Attending ACUMA for mortgage networking and information

- Participating in community events such as:
  - Reality Fair
  - UN meeting with Mike P held by the Covation Center
- Volunteering in the community for several organizations

4. Describe what are the areas of your performance (behaviors and results) on which you can improve?
   - Handing off and delegating more items to my teams so I can focus on the teams or team members that are struggling.
   - Accepting differing viewpoints when I don't agree with the logic or reasoning.

5. Are there additional skills or knowledge that would help you more effectively perform in your current position or enhance your skill opportunities? If yes, please list in what area(s) you would like training.
   - Frustration when things are not done correctly and winged or made-up rules/processes that are incorrect impacting other people or teams rather than asking questions.
   - Otherwise at this time it is more of transition than anything and focusing on item 4

6. What goals (specific measurable results) do you hope to accomplish?
   - Launch Commercial Lending
   - Core Conversion Step 1 for Vendors List and Notification, Project Committee, Project Agenda and Timelines
7. List the subjects you would like to discuss during your performance evaluation.

We have discussed the self-assessment.

[signature] 2/6/24

**Employee** **Date**

Denise A [signature] 2/6/24

**Supervisor** **Date**

**This is not to be construed as an employment contract.**
**This form does not alter the Employment-At-Will relationship in any way.**

## Horizon Manager Performance Appraisal

**Name: Brittany Baker** **Job Title: Director of Lending**

**Supervisor: Denise Lariviere** **From: Sep 2023 To: Dec 2023**

**Scoring Scale**

| | |
|---|---|
| 1 | Does not demonstrate |
| 2 | Below Expectations |
| 3 | Meets Expectations |
| 4 | Exceeds Expectations |
| 5 | Extraordinary |

**Knowledge & Skill**

| | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| Evidence of job knowledge, responsibilities, products/services to succeed in their role | 5 | 10 | 50 |

**Comments:** Brittany has a vast depth and breadth of knowledge in the financial services industry in both the commercial and credit union segments. She spends a significant amount of time staying relevant on regulations, market trends, compliance, and legislative topics. Since joining Horizon, she immersed herself, learning every aspect of our Core and ancillary systems (Ring Central, EOscar, Loan Director, Open/Close, BAI, …to name a few) and is the most proficient query developer. She uses these skills to uncover opportunities to improve data integrity, regulatory compliance, and quality control.

Her expertise led to her year end promotion to Chief Lending Officer.

These skills were utilized in completing the following projects this period:

- Mortgage Profitability
- Commercial Policy Review
- Business Debit Card Cleanup
- Loan QC Reporting
- Lending Procedure development

**Quality**

| | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| Measure how accurately and efficiently emp. performs job duties to achieve their goals | 3 | 15 | 45 |

**Comments:**

Consumer Lending: 61% of T3 Loan Production Goal Achieved, 77% (Goal 60%) for GAP, 46% (Goal 45%) for Debt Protection

Consumer YTD: 80% Origination, 76% GAP, 44% DP

Mortgage Lending: 60.6% of T3 Production Goal = YTD 49%

| |
|---|
| Credit Solutions: .99% YTD delinquency, .23% YTD Charge off ratio. – Excellent job decreasing both over the prior months.<br><br>We adjusted budgeted numbers earlier this year to reflect the unanticipated economic rate environment impacting our results. Branches had staffing stabilized by year end, but Mortgage Lending suffered with vacancy and new hire training throughout the period. Despite these challenges, our Loan Balances are slightly above target and Net Income for the organization is above budget with interest income on booked loans above target. |

**Teamwork**

| Evidence of working harmoniously with team members to achieve common goals | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 3 | 10 | 30 |

**Comment**
Brittany always has a willingness to help. We have found that accepting additional responsibilities can, at times, cause undo stress that can manifest into frustrations that impact her behaviors that can be impulsive and/or negative. Brittany has identified and will be working with Tom Glatt on various behaviors that can help her improve.

**Service**

| Evidence of providing exceptional service to internal/external members | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 10 | 50 |

**Comments:** Brittany continues to share her expertise with all areas of the organization. She is very responsive in all channels of communication, actively recognizes others successes and milestones in Heidi (monthly) across the organization.
For this period:

- Facilitated 2 Share One tabs training
- Facilitated 3 Lending classes
- Assisted HR with BAI testing
- Updated several Consumer Lending policies and procedures with Amanda
- Providing the rate change analysis with recommendations for Justin
    - ............to name a few

**Brand Awareness**

| Evidence of embracing Horizon's brand and culture and demonstrating core values. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 15 | 75 |

**Comments:**

- Muncy Reality Fair
- UN Conference
- Several outside volunteer hours with other organizations

**Internal Development**

| Taking advantage of internal and/or external resources to enhance knowledge and skills. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 10 | 50 |

**Comments:** As mentioned in other areas of this review, Brittany is a continuous learner that faithfully keeps engaged in the learning process.
This period:

- Completed 140 BAI training for content review
- Attended Expand Expo and ACUMA conference

**Leadership**

| Evidence of providing direction, displaying innovative ideas and staff development. Ability to make decisions and problem solve. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 20 | 80 |

**Comments:** Brittany 's lending teams are thriving under her leadership and coaching.

- Team results from Credit Solutions have improved, Becky has improved her problem solving skills, and ability to hold Katie accountable.
- Brittany has been working closely with Jackie on communication and coaching the RE Lending team. They worked together to fill 2 Mortgage Lending positions, and has provided Jackie direction on identifying optional mortgage partners.
- Brittany has worked with Amanda on team efficiencies, reporting, compliance, procedural development and behavioral changes of staff through effective coaching.

**Goal #1 – Completion of Insurance Type Clean Up**

| Assigned prior to rating period. Maximum weight for both goals is 10. If 1 goal only weight is x 10 | Rating (1-5) | Weight (Max total is 10) | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 5 | 25 |

**Comments:** Using her impeccable query skills, Brittany dug into accounts to identify the policies that we have active and focus on data clean up. This was completed by period end.

**Goal #2 – Conversion to Fortegra**

| Assigned prior to rating period. Maximum weight for both goals is 10. If 2 goals weight of each is x 5 | Rating (1-5) | Weight (Max total is 10) | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 5 | 25 |

**Comments**: Brttany worked closely with Lee & Mason in the process of mapping DP policies in the anticipation of moving to Fortegra. The final step to convert was delayed into January, 2024 due to delayed contract negotiations which Brittany was not responsible for.

| | |
|---|---|
| **Employee Current Period Score**<br>**Sum all points/ 100**<br>**If new employee: Sum all points/90 and set goals for next evaluation** | 4.30 |

| | |
|---|---|
| **Employee Year to Date Score** | T1= 3.70, T2= 4.35, T3= 4.30 = YTD = 4.12 |

**Overall Comments**

Brittany has been a tremendous asset to Horizon. Her leadership has supported the improvements realized across her lending teams. Her accomplishments were recognized in her promotion to Chief Lending Officer. I enjoy collaborating with Brittany and look forward to working on our shared mission and vision for the organization.

**Employee Development Plan**

**Employee Goals for Next Period. Must be quantitative, with detailed information.**

**Goal #1 ~~Completion of Insurance types clean up~~**

See attached

**Goal #2 ~~Working with L&M to successfully covert to Fortegra~~**

a. Core Switch
    i. To Do:
        1. Recruit project team
        2. Create and Develop a Detailed Project Plan to ensure all areas of the project are tackled for a smooth transition
        3. Outline dates on the project plan to ensure each task is completed timely and project is organized
        4. Work with marketing to have a communication plan outlines for members and deliverables
        5. With project team outline a communication schedule for staff to keep them informed of the transition and tentative training dates/topics
        6. Schedule regular project team meetings
        7. Marketing should have themed outline for the core with pieces of some marketing items in development
    ii. In Process:
        1. Assist with selection of Core
    iii. Done:
    iv. Extras Completed Toward Goal:
b. Commercial Program
    i. To Do:
        1. Commercial Systems Lending Training for products, process, and systems
        2. Create lending products in Share One to test products for the 7 products we will initially offer.
        3. Work with Accounting to have the product GLs set up for each product, branch, and fees
        4. Break out the commercial policy/procedure from BAFS into HFCU formatted policies
        5. Gain board approval for the commercial policies.
        6. Break out the commercial procedures from BAFS and into HFCU formatted procedures for compliance review and upload to Heidi
        7. Create and test rate sheet for commercial products with input and review by partners and external sources for pricing validation.
        8. Outline the ancillary services we will offer to our commercial members
    ii. In Process:
        1. Commercial Deposit Training to staff- scheduled with Denise for Manager and conference room is reserved for February 14th.
    iii. Done:

| **Employee Comments** |
| --- |
| |

**Supervisor Signature:** **Date:** 2/6/24

With my signature, I attest I have received this performance appraisal from my supervisor.
I have had sufficient opportunity to provide my comments in the above area.

**Employee Signature:** **Date:** 2/6/24

This performance appraisal is not to be construed as an employee contract and does not alter the Employment-AT-Will relationship in any way,