# EXHIBIT L

Horizon Federal Credit Union

Leadership Meeting Minutes
August 23rd, 2023

1. Key Project Updates
   A. Brand & EFT — Kate
      i. Project is moving along as planned and overall project is color coded as green. We recently were assigned our CIS point of contact with MC for activation of our new debit card BIN. Once certification is completed between Share One, PSCU, and MasterCard, we will proceed with live testing of debit cards. New card stock for MasterCard Debit cards is ready and at PSCU print houses. Depending on the number of live testers needed, I may be recruiting additional employees outside of the project team. Still on target for a mass reissue in January [new year] with a visa card cut off in February 2024.
   B. Commercial Enhancements — Brittany
      i. Brittany reviewed several providers and sat through meetings to gather information. She summarized that information with the commercial committee on Tuesday and two front runners were selected to proceed with demo scheduling [Justin, Denise, Brittany, and Lori] in the upcoming months.
   C. Core Search — Justin
      i. Reviewed RFP, Focus, and Agenda with the group; feedback was provided along with changes & additions. Justin will update documentation and send it out to the project group. From there he will coordinate with each of the two CORE Solutions to schedule Demos in October.
   D. Service Enhancements — Justin
      i. Member engagement: Feedback and update from Liz is that training of Amanda and Christina is going well and staying on track. Goal is still on target for department split in early November.
      ii. Ring Central: Justin received contract last week, with an outlined 100GB of recording storage. Plan to review contract this week and execute signing.
         1. Denise had a question last week about recording settings and reached out to Kate and then Mitch at Ring Central for further clarification. *Desire is to have all calls recorded [MVP and Call Center Platform].* With that understanding, we will need to clarify the recording process to ensure that it is going to behave the way we would like before signing the contract. Kate shared that the 100GB calculation was based on Call Center only recording and adjustments will be needed. Justin is going to bump it to 150GB as the fee increase was not drastic and this is a service-related need.
      iii. Non-Face to Face Verification Changes — Kate
         1.

2. Marketing Projects — Mike
   A. Member Satisfaction Survey – Survey is going out in September [post Labor Day]. Looking to remove the telephone teller section as it is not a widely utilized section, as the survey is sent to email users
   B. Grange Fair
      i. Feedback:
         1. Brittany: There was a great response from fair attendees with engaging conversations around business accounts and lending. Traffic was not as busy during hours disclosed. Sunday's hours are not aligned with vendor open times.
         2. Denise: Location in the building was center and provided ability to approach and engage people coming and going to/from the building. There was also a breeze which was welcomed on warmer

days. Giveaway items were widely accepted and utilized by all ages and children were utilizing them.

3. Lori had great conversations regarding business, mortgages and other loans. Even connected with existing and potential new members, as well as provided education on where to locate the office.

ii. Raffle: 44 of members said that they wanted to be contacted back; majority did not want to be contacted. Winner was pulled and Tara will coordinate pickup at the SC office.

iii. Contract: Point of Contact states that booths must remain up the entire time. However, upon contract review there was no verbiage. Horizon pulled booth down, as there was no one to man it. Leaving the display without attendees, causes concern for damage to displays and/or risk of injury if anything fell. Mike to follow up with POC at Grange Fair.

iv. Give Away items were ordered heavy; additional items may be utilized at other future events. Storage. Originally quoted that 10K attendees per day, and we ordered 14K items.

v. Return on Investment: Justin is asking Lori, Denise, and Brittany to track any new business items [consumer accounts, loans, business accounts, etc.] for ROI on the event. Track from now until end of September and provide results back to Justin and Mike P.

vi. Staffing: We will need to evaluate shifts; have one person work a full day shift primarily for the week and then maybe do shifts for the weekend.

vii. Small sandbags recommended by Justin for Horizon Back Drop. Mike P shared that they were already on order for the Horizon Canopy and can be utilized for both items moving forward.

viii. Expenses: Event Registration, Staffing & mileage, Giveaways, etc.

ix. Future Years: Mike to review as to how we commit to this event for next year with all that is involved, as well as timing with future events that we want to tackle all falling within the same time frame.

C. Williamsport Welcomes the World: Justin, Mike P, Sophie, Hedgie [Dom], Andrew, and Ken [with the van] are working this event. Prize wheel at the ready with give aways. Also hosting a raffle option and giveaway for adults such as Phillies Framed print, and Horizon branded cooler bag package.

i. Justin: Chamber quoted 40K attendees, asked Kate for thoughts on that number.

ii. Kate shared that actual attendee volume is not that high and provided landscape of the event over the years. Also provided feedback, that PIN collecting is a big item of desire as well for attendees.

iii. Mike P stated that he could add Horizon PINs as a choice item on the wheel. *Lori can pick up State College PIN's and Dom can bring SC and LH pins to the event.*

D. Expand Expo: Staff email notification went out; there was no feedback or questions from staff to the leaders in the room. 167 attendees [including 32 Horizon] comprised of 68 Credit Unions and 18 states; no international attendees. We should turn a small profit this year between 8-10K on this event. Reminders to staff attending will be coming out in the weeks to come. Leaders to educate teammates on details of class to be attended, reporting time, review of Expand Expo Etiquette and expectations, etc.

E. Break up with your Bank Campaign – This is a campaign that will fill the Grocery Score timeframe for the fall. Advertising via TV, mail, email, social media, etc. Raffle for any New Rewards based checking accounts opened during this campaign. Brand New Rewards Checking accounts only; classic conversions not included.
    i. Discussion around do we allow conversion accounts or keep the 'New' requirement. Goal is to obtain NEW checking accounts with additional new money [increased liquidity], e-statements [saves expense] and new debit card activity [drive Interchange income].

F. Loyalsock School Based Branch – Met with school district and they are looking to incorporating financial education into all levels [K-12], Reality Fairs, and a student run branch. They are most eager to get a student run Branch for this school year [2023-2024]. Mike P and Denise to work together on getting a version of this started, maybe then have CU staff temporarily for limited hours to start, and then finalize the plan with students running it in 2024-2025. *Construction project ran behind this year and has caused delay of implanting additional items due to this delay.*
    i. Recommendation is for this project group to review Policy and Procedures that need to be outlined, updated and/or changed to accommodate this new adventure as well as minor accounts.

G. How to Build your Credit Score Classes scheduled with PCT in November; two classes set in place. Sessions are only for the students with a specified class & professor; not open to the public this time. *Mike has discussions in place to open future classes at PCT to the public.* Looking to add a Canopy and Table with a drawing for students that attend, so that we may engage attendees with more education about what Horizon has to offer.

3. Open Forum :

A. State College: Densie shared that the State College hub traffic on Saturday compared to Third Street's hub Saturday traffic is drastically different in transactional count. Questions are: Does it make sense to staff [hours and mileage] the SC branch on a Saturday for this location? Do we limit hours, reduce availability [Drive Thru only], etc.? Do the support staff from LH then support TS, who has the need for additional staffing due to volume?
    i. Brittany: Do not remove Saturday Hours at SC. Maybe drop down to 1 person with an on-call person via Drive Thru. Relocate support staff to Third Street to add
    ii. Lori: Not in favor of closing Saturday location. Would be open to DT only service at SC for the time being, until demand is met. Lock Haven support staff would be then rotated into TS Saturday Location, which would add additional people into the rotation reducing the number of Saturdays scheduled per employee.
    iii. Mike P and Mike B: Are we only doing 1 person, and not allowing for dual control? The impact of dual control would come into play when cash recyclers do not dispense and/or accept cash into the terminal, no coin via DT.
    iv. Justin / Mike B – we need to keep this strategic and evaluate the implementation process with potential policy, procedure changes.
    v. Mike P: Lets also review the type of transactions that could be handled by an electronic service and education [ATM for withdrawal, Check Deposits via Mobile, transfers, etc.]. *Kate shared that Mobile deposit is not processed until the next business day, so most members bringing in a check for deposit [payroll] are looking for immediate processing & availability of funds.*

vi. Kate: We should not eliminate Saturday hours at State College. Then posed the consistency frame of thought with having one hub location as Lobby and Drive Thru, and the other only Drive Thru. Also provided feedback that Friday hours were extended from 5:30 pm to 6:00 pm in 2021 to accommodate the Spoke and Wheel changes with only two locations open on Saturday. Shared that phone volume for both Account and Loan based call volume is drastically low from 5-6pm. Proposed that we also look at this area for changes too when considering State College Saturday hours.

vii. Justin: Should we look at not only Saturday, but all hours of operations?

1. Denise: Branch hours need to match phone hours. [group agreed]. She pointed out that availability to our membership/community is key to have for our membership and the concern of negative impact to member service.
2. Justin: Let's look at Employee work life balance and true member utilization during the hours we are open. Let's not keep the hours for the few that may come in, or time for employees to catch up on work. Rather let's review reducing hours to 5:30pm [original time in 2021] to create a balance of both our mission and vision, with our commitment to the community and our people [team]. What is the impact if we reduce hours?
3. Justin: What is the ideal number of membership utilization for a new branch that would make it profitable.

viii. Topic tabled until September's meeting so that numbers and/or data can be gathered and then reviewed for further discussion. This is not to be discussed with any staff outside the leadership meeting team.

**B.** <u>Communication:</u> Brittany shared feedback from One on One's conversations held within her departments, regarding varying decisions or guidance from various department leaders, even when there are black and white procedures/policies that provide guidance. As well as employee frustration around not a unified response from leadership and the employee perception [feeling] of the leadership enjoying the chaos that leadership is causing.

i. Consistency on Black and White, vs. the need for Consistency on Gray area decisioning where decisions can vary based on view.

ii. Personal accountability from leadership down.

iii. Open line of communication from Staff up to Leadership so that items can be addressed and resolved; most can be tackled quickly, some need additional time.

iv. Peer to Peer accountability and addressing peer to peer quickly versus letting it go and potentially causing additional frustrations.

v. <u>Summary</u>:

1. Continue to work on Policy and Procedure Annual Review process, as well as any missing policy/procedure items that need to be communicated, with the end goal of having a complete set of black and white guidelines with instructions for out teams to refer to and be self-sufficient. Compliance to run point on getting this out to leaders so that departments can execute updates timely and at minimum annually. As new items are created, the procedures/policies are to be inserted into the annual review calendar with like item grouping for the next year.
2. Communication platforms are outlined as HEIDI, Microsoft Teams, and Email. We need to hold our teams accountable for utilizing or not utilizing those resources during coaching and reviews. As well

as if they are demonstrating a behavior that does not align with Horizon's culture, that too needs to be addressed.

3. If we, as leaders, have a disagreement or a paint point with another leader we need to address it directly. As well as keeping that private between the two involved; *unless escalation is needed by the supervisors above the leaders involved and/or HR is required to mediate.*
4. ________

C. Heat Event: Mike P. asked for leaders to discuss with teams and poll for ideas around training topics that they would like to see at HEAT.

i. Standard Agenda Items: Prior Year Recap, what is coming up for projects in current year? [i.e., Core Demo], Employee Awards & achievements

ii. Based on topic, then do we move to a full day? *The Policy was updated and clarified that the federal holiday in February is dedicated as a Credit Union closure for an organization wide staff training event.*

iii. Based on feedback of Holiday Inn complaints over the years previously, do we change for 2024 knowing that future events would be at our corporate location moving forward?

1. Stay with Holiday Inn for the one year

D. T2 Performance Appraisals: Denise asked what and if there is a process after Trimester reviews are submitted to HR for review?

i. Mike: HR will be splitting up all the incoming reviews and utilizing the original definitions for each scoring area, as well as the comments supporting the score. Mike has guidelines in place for the reviewers so that they can be quickly turned around. Looking to achieve consistency with scoring variables.

ii. If there are items of concern and/or items to be corrected/changed, HR will email that direct leader and the leader above that area [Manager → Director → Chief] to execute changes and resubmit to HR again before executing reviews with the team member.

iii. Due to HR by 09/14 [if not sooner], then once approved by HR and sent back, leaders are to execute to our teammates quickly, preferrable by end of the month. *With Expand expo in the mix, response time may vary.*

iv. As we move through this process for the 1st time, HR will provide better turnaround time frames and dates for Trimesters moving forward.

v. Trimester Review Classes for leaders and then one for staff will be offered again in upcoming months; and annually based on staffing changes.

E. Share One Release Update: Mike B shared that a Hot fix was rolled out to address Contact Management Programming issues only; updated as of Wednesday 08/16/2023 to our core system. They are looking for functionality feedback; please get that information to IT via Top Desk. *Core recognizes that although there is a Print option, the function does not work in CM.*

i. Mobile Banking – Secure auth update executed, and improved login functionality has been confirmed. Additional fixes on to resolve additional bugs coming. *Mobile App upgrades [hot fixes] rolling out every 2-3 weeks.*

F. Trust Accounts: Mike B. shared that the way that we currently execute Trust Accounts is not accurate and/or opens us up to liability from compliance. From a risk standpoint, we only have 5 Trust accounts that came from pervious mergers; should we remove this product from our offering?
   i. Justin: With only 5, the impact would be low, and we would grandfather the existing – no new. All in agreement. Denise and Mike P propose to board for approval at this month's meeting.

G. Ascensus: Kate shared that there was an IRA Required Disclosure Mailing that rolled out, and she created an announcement on Leadership TEAMS channel, looking to post on 08/24/23. Group had no objections or questions, and Mike P is scheduling for posting.

H. Holidays for Heros: Kate provided high level review of the community initiative and asked if the group would like to pursue this annually?
   i. Group agreed to continue this community focused item, and to roll out this call to action [volunteers] as early as 10/1/2023.
   ii. Mike P shared that we could have our local printer vendor print a custom holiday card. *Kate shared that although it would add efficiency and branding, it would remove the personal touch of utilizing various holiday card designs with messages and staff's ability to add their personal touch.*
   iii. Justin shared that he would buy 500 cards for this year, and maybe for future years have someone go out after Christmas and purchase bulk.
      1. Kate shared that Megan previously shared this same thought and volunteered for future years to help with purchasing as they go out the day after the Holidays to purchase holiday clearance. *Justin shared to get her on it for next year.*
      2. Mike P suggested that Marketing can work with our vendors to draft multiple designs and messages for this initiative.
   iv. Densie shared that we should purchase variety packs and designate each box to a volunteer. Versus splitting up 9 cards per person; adds efficiency. *Justin will purchase 50 variety boxes.*
   v. Kate to get announcement ready for HEIDI for publication in late September with a call-to-action beginning October 1st. Kate to also coordinate with last point of Contact at American Red Cross to confirm involvement and estimated delivery dates of cards.

I. Tabs Training: Brittany has drafted a final version and with a run through of approximately 3 hours with just the MSR role versus the enhanced role accesses. With that do we keep the 2 hours for August's class and a revisit with that class. The other classes will be extended as needed.

J. Budget, Fee and Product changes: This will be discussed at a future meeting once all budget items are received by Mike B and budget draft is available for leadership review.