# EXHIBIT M

Horizon Federal Credit Union

# Leadership Meeting Minutes

April 24th, 2024

1. Key Project Updates
   A. Credit Card BIN Project **Kate**
      i. Project is on target, waiting on transition of Keys from Fiserv to Mastercard for testing. Once testing is complete, the next step would be bringing the BIN live. Plastics and Mass reissue inserts are already in inventory and ready for use in the fall.
   B. Commercial Enhancements **Brittany**
      i. Commercial Training today with BAF with department leaders. We are looking for a May 1st launch. Have two commercial loans in the pipeline as of yesterday; looking to utilize those applications to create/refine procedures for loan processing in the core and BAFS.
      ii. Finding out that Share One cannot manage all aspects of commercial lending as originally planned. So redirecting these processes during soft launch of product.
      iii. No marketing or "hitting the streets" until processes are refined, lenders have more comfort in process and procedures, and after core conversion 2025.
   C. Expand Expo **Mike P**
      i. Class requests from leaders to Mike P by May 1st; this is to assist with locking in room reservations. No additional questions from the group.
   D. New Core Update **Justin**
      i. Received the financial contract proposal from Synergent/Symitar. Core conversion project expense is north of $350K; mostly compromised of One Time Fees. This is severely high compared to the last proposal from 2022; the drastic increase in numbers cannot be solely due to inflation.
      ii. Core Meeting group met on Monday to review the expenses, and all the items listed within the quote from Synergent. The group reviewed and amended what was included by either removing items not needed right away, and adding others that were not listed. Overall Monthly Expense at Share One is $28K. Taking that into comparison to Synergent/Symitar at $34K. A longer contract term lowers the cost; however, we do not want to extend it that far due to technological concerns.
      iii. Two areas remain a concern within the contract language that needs to be changed, currently on the third round of changes.
   E. Pine Street Building **Justin**
      i. Bid Packages went out to the contractors with the goal of having them returned for review in three weeks. General Contractors will have an opportunity to visit on site to view the property in person. Also looking into various specialized vendors for Electric, plumbing, and doors. Construction to begin in May, with estimated completion in October.
      ii. Two of the Lycoming County Tenants will be moving out of the building [2nd and 3rd floor] by the end of June 2024. The remaining Lycoming County tenant [GEO program] is struggling to locate a new place to move. They inquired as to if staying on a month-to-month lease was possible. Horizon provided a tiered lease pricing schedule for each month past June to encourage their relocation.
      iii. Bennett _____ will be contracted to assist with Commercial property management, specifically Horizon's tenants. This company will then maintain all of Horizon's tenants' needs.
      iv. There are two tenants on floors that Horizon provided notice for the need to relocate to another floor. One is not responding to the notices, and if not moved out will go down the road of eviction.
      v. Construction will be in three phases
         a. Phase 1: First floor Corner, IT area, and Doors
         b. Phase 2: Fourth Floor and Generators
         c. Phase 3: Rest of the first floor [conference room, storage, and south side of the building where GEO is currently located].
      vi. Furniture installed in October with Open House to employees and volunteers.
         a. Veterans Day weekend for the first wave of staff to move in. *IT Appreciates a three-day weekend for moving workstations.*

vii. Denise: Any concern for noise during construction phases.
   a. Justin is not concerned, as BID proposal outlines that spaces are partially occupied. *If there is a complaint, they can look elsewhere for lease space as it is the county that needs to leave.*

F. <u>IT Enhancements</u> Eric
   i. Multiple changes have been executed as of the last few weeks, to help with stability, disaster recovery, and overall IT efficiency.
   ii. Still working on the list of other projects that were outlined, and all are moving forward as expected.
   iii. IT made additional server changes, including moving a server to State College for redundancy and redirect for fail over, should one go down. Public IP Addresses with new server in State College, will need to push new IP Addresses out to the various vendors for certification.
   iv. ID Badges have been validated through testing by Mike B and are working as expected. Looking to roll out in phases, with the C-Suite to receive first along with Tenants at Pine Street.
      a. Justin: *With Pine Street we are looking to remove the physical keys from the tenants and have the building's locks rekeyed.*
      b. Mike B: How often are we thinking of updating the employees' photos?
         - Eric/Mike P: Employee Photo will need to be retaken every 5 years with key card replacements.
         - Also discussed was the need to have a project group meeting and plan regarding the rollout of this change. [i.e., executing photo capture, who will receive badges, and when badges will be active in place of fobs. *Badges will not be utilized for windows authentication until a much later date.*
      c. New Hires and C-Suite will receive badges to start. Then work branch by branch as we roll forward.
      d. Badge Types: Temp, Visitor / Guest, Employee

2. <u>Core conversion- timeline for communication review</u> Brittany
   A. Brittany and Mike P worked together on revamping the previous plan utilized for Core conversion in 2017. This is a communication that outlines for members and employees. Added in additional detail, who is accountable for the action, and description.
   B. Once a contract is signed then a high-level HEIDI communication will go out.
      i. Mike P suggested scheduling a monthly touch point/update on the progress of the core conversion on HEIDI to keep the project top of mind with all staff [existing/new]. *Brittany agreed and will update the communication schedule to include that addition.*
   C. Folder on Admin drive for main collection of data.
      i. Eric mentioned that could be migrated and then shared via Share point.
   D. Planning on holding a Core Project meeting in the month of May.
   E. Request leaders to review and provide feedback for any changes or missing items.

3. <u>Overnight fees- revisit from last meeting</u> Amanda
   A. Amanda reviewed the data gathered from PSCU, Core GL of what was charged, and conducted an estimated number of items for overnighting items from Consumer Lending and Credit Solutions [i.e., fifteen items monthly]. Estimating annual expenses around $7K per year. Take the expense what was captured in fee income to get net difference. Amanda researched other vendors for expedited shipping. All appear to have a free start up, the only unknown would be the fee schedule after signing up for items processed.
   B. Kate shared that the data around PSCU expense was not finalized and needs to be confirmed by PSCU. Kate awaiting clarification on which fees are associated with a single expedited card order, to aid in obtaining a true expense value to the CU.
   C. Amanda will be continuing research and will circle back with the group after more research is completed.

4. <u>Establish a scheduled maintenance date for Laptops in the field</u> Eric
   A. We are rolling out new laptops to replace the current ones in use. With this, we are looking to schedule maintenance dates of when to bring your laptop in [like an oil change for your car], outside of one-off issues or

errors where a Top Desk ticket. There are firmware updates that occur through windows updates, which require IT to install; user of laptop does not have the authority level.

B. IT to visit branch locations, corporate users will be done on site; details to come

5. <u>Discuss the floor plan of what positions are going where in our new corporate facility</u> Justin
   A. Director of Retail Delivery is slated to go to the office between Member Engagement and Marketing Manager.
   B. Positions that are believed to be needed 12 to 18 months after we moved into Pine Street our outline on the document. This is why Member Engagement and Consumer Lending are where they are for future growth. Also, the Marketing Manager is listed on the sheet.
   C. We will have workstations and they are outlined on the document. However, they may move and are just place holders to know what we can put where potentially.
   D. An important thing to keep in mind is that as we grow people may be moved to other locations in Pine Street. Be it moving from an office to a workstation, moving to a different floor, moving to a different office, etc.
   E. There are some open spaces for future growth.
   F. There is a commercial loan processor slated for a workstation near the small 8-person conference room, outside of the CLO's office.
   G. There is a Lobby room that connects from the Elevator to the fourth floor. The lobby room is all glass and will have a phone with a buzzer that the Marketing Professional will be responsible for monitoring.
   H. Copiers / Scanners 3 on the floor; two smaller ones on opposite corners and the main large output one in the work room.
   I. Mike P: When can this be shared with staff?
      a. *Justin: Let us hold off on communicating anything until September/October when construction is completed, as there is room for additional changes depending on what construction uncovers.*

6. <u>Board Packets</u> Jordan
   A. Moving forward any documentation for the Board packet can be saved directly into a specified folder. This will be a community location for all users that can drop items in. This will be streamlined to eliminate the need for emailed documentation.
      i. Eric suggested streamlining this approach and migrating the folder location into a Share Point. Eric and Jordan to work together on this process and communication.

7. <u>Cindy Russell working from State College branch Tuesdays and Thursdays</u> Jordan
   A. Branch staff were informed that Cindy cannot be counted on for any branch-related operations.

8. <u>Corporate Credit Cards and receipts</u> Jordan
   A. Turn in all corporate credit card receipts directly to Jordan, as he has taken point on management of the credit card statement reconciliation. Write a summary or memo as to what the expense was for. Looking to start paying on credit cards biweekly to help keep limits.
      i. Kate suggested having receipts placed within the corporate office communal employee mailbox file cabinet for central collection.
      ii. Marketing and Supply expenses are straightforward with the location with shipping address; unless the items are shipped to Corporate and intended for other places.
   B. Kate to work with Jordan by enrolling the corporate credit cards into eStatements to avoid delay in waiting on mailed items, as well as interoffice mail sorting going to Primary Name on the credit card [Justin, Ken, Mike P] vs Accounting.

9. <u>Open Forum:</u>
   A. <u>Call Recording:</u> Member Engagement has Call Recording enabled for quality control, coaching, and auditing. Branche Leaders have since requested this to be activated for their staff. *Recording feature would be based on extension.* Recordings are only accessible by appointed leadership individuals. Pennsylvania is a Dual
      i. *The group agreed that further discussion was necessary to outline details before rollout.*
      ii. Mike to work with Ring Central to outline what parameters Ring Central can adjust to accomplish the end goal of call recording changes. Then roll out communication.
      iii. Policy outlining details for reasons/purposes for accessing call recordings, emails, and other programs.

   B. <u>381 Non-Face-to-Face Verification procedure:</u>
      i. Denise shared that she did not catch the detailed language in what was rolled out for March around the enforcement of Verbal passwords. From her previous line of work, when a member had a Verbal Member password on the account it was the only way to verify the caller. *If the caller could not recall the password on file, they were advised to come into a local office with valid ID to update and/or remove that password.* Denise shared that there are over 2k members with member passwords; some contain just numbers.
      ii. Kate shared that verbal member passwords were something that the previous team would utilize and if the caller could not remember, they would assist with hints and/or utilize additional verification questions. *That process was modeled in the new procedure that is in place today.*
      iii. The group discussion was to outline how we would move forward on this item to best assist the members, validate them properly, and what changes need to be made.
         a. Denise proposed deleting member passwords and starting fresh.
         b. Justin proposed Outbound Calling efforts from the branches to each member with a verbal members password.
            - Mike B, Denise, and Kate agreed that outbound calling would not be received well, as members may feel it was a phishing attempt.
         c. Mike proposed the option to verify verbal member passwords while on the phone, and if the member wishes to delete and/or make a change, utilize three additional verification questions.
         d. Denise will rollout campaign via Marketing Cross Sell that will prompt employees to have members validate the desired use of the verbal member password on their account and or the removal of that item.
         e. Potential future changes to procedure down the road.
         f. Brittany inquired as to if we were launching the use of member passwords at the time of account opening, because that procedure would need changed too.
            - Denise and Kate Confirmed that was not executed and was a later phase.
            - *The group agreed that the rollout of implementing a verbal member password at time of Account Opening, tabled until New Core Conversion in 2025 due to onetime passcode and text capabilities within Synergent/Symitar*.

   C. <u>Staff Relocation</u>: *Mike P inquired as to when Kate was relocating.*
      i. Kate confirmed that she is temporarily relocating to Lock Haven effective Monday, April 29th, 2024, until Pine Street is ready. This was done to make room for Member Engagements department growth. Liz will relocate into Kate's old office, Megan is moving from the cubicle into Liz's old office, and the new hire will go into the cubicle outside Liz's new office.
      ii. *Mike had no further questions.*

   D. <u>IT Rollout of recent change</u> with any issues?
      i. Kate and Brittany had similar issues after logging into Microsoft Outlook account. Eric was going to research and review.

E. Ants in State College: Lori inquired about the ongoing Facility issue with the ant's infestation. They are all over including member areas and pods.
   i. *Mike B: wants to perform a deep clean to remove trails to gain a better understanding of where the ants originate from. From there Facilities can collaborate with vendors for additional efforts.*

F. Vendor Cleaner Change: Kate asked for Facilities to communicate the changes [external vendor to internal facilities team] and the cleaning schedule / time of routine and locations.
   i. Eric to work on this with Ken.

G. Justin Board Meeting Updates:
   i. Three Offsite ATMs: These will be discontinued and removed effective May 1st, 2024. This includes the Hospitals locations and corporate office. Brinks and IT will be traveling together to drain and balance all terminals.
      a. Denise shared that in Share One, the corporate office location description has the term ATM in the "name." This prints on documentation and forms.
      b. Mike B will make the changes to Corporate Location definition in Enterprise.
   ii. Certificate Rate Changes: May 1st the Twelve-Month Certificate is changing from 4.95 to 4.50 APY %
   iii. Debit Card Offline Limits: It was discussed an approved to increase from $250 POS and ATM to $ 500. This was due to the increased connectivity issues from Share One to PSCU.
      a. Kate expressed concerns around Horizon's current communication method and waiting close to 4-6 hours before communication is sent out to members regarding electronic service disruption. Kate suggested that we create a formal communication plan for electronic service disruption that impacts the membership. [i.e., Online/Mobile Banking, Debit Card] for both during business hours and after hours [nights and weekends].
         - Mike P and Justin to work on communication plan, minimum timeline of outage before communicating, and who the contacts teams involved.
      b. Amanda also shared a suggestion that Kiran had around implementing an announcement message for Ring that would plan before the IVR Menu.
         - Kate confirmed that they were utilized in the past, and helpful. Kate recommended that the message style be recorded as generic wording [i.e., technical difficulties, electronic service disruption, etc.] so that it can be recorded once and then utilized for various scenarios.

H. Adding additional leader to meeting group: Denise and Justin propose adding in the Member Engagement Leader, Liz, into the monthly leadership meeting moving forward due to her departments focus and role with various members.
      a. Brittany inquired as to if we are then looking to add in other middle managers like Credit Solutions and Real Estate Manager.
      b. Justin advised those are more single focused departments and not necessary to attend.
      c. Mike B added clarification that Liz would not be added into the rotation as Host/Secretary until 2025. That way the rotation remained as is.