# EXHIBIT N

**Horizon Federal Credit Union**
**Manager Self-Assessment**

**Name:** Brittany Baker

**Job Title:** Chief Lending Officer

**Review Period:** **From** 01/01/2024 **To** 04/30/2024

**Self-Assessment**

1. What were your major achievements since your last performance review?
   a- Teaching Share One Tabs
   b- Teaching 4 Lending classes sessions
   c- Facilitating 4 different Commercial lending classes
   d- Teaching commercial account class
   e- Create and develop commercial lending products
   f- Create 8 new procedures, and update/co-update additional 6
   g- Attended 8 webinars hosted by partners
   h- Completed 18 BAI, 10 for the yearly required and 8 additional to review for use with teams and additional information
   i- Created new rate sheet for consumer lending
   j- Created new rate sheet for business lending
   k- Participated in 4 Horizon sponsored events
   l- Set up new mortgage partner after contract signing
   m- Team handed off HMDA reporting to the correct departments
   n- Team took over ME call backs rolling with their utilization to reevaluate as commercial launches
   o- Creating and mapping new forms and letters, products, and fees

2. How well did you meet and address the needs of your team and meet management deadlines and responsibilities?
   a- Did observation days with the teams to listen and get feedback for better processing and performance
   b- Working with mortgage manager to better clarify expectations, and track events for calendar review of benefits to determine participation next years
   c- Soliciting team feedback on procedure changes and delegating tasks to develop managers/teams

3. Describe how your behaviors have supported Horizon's brand and culture over the past four months.
   a- Participating in several HFCU events
   b- Volunteering with community organizations including Beagle Rescue, Resue Transport USA, PACT for Animals, Underbone Railroad, 4 Paws Sake PA, Mommy and Me, etc.

4. Describe what are the areas of your performance (behaviors and results) on which you can improve?
   a- Focusing on my areas
   b- Bringing my teams up to speed to be able to delegate more to them so I can focus on my own larger project tasks.
   c- Streamline processes to reduce employee times on tasks as well as redirect resources to more vital areas. This is more of an ongoing process than a one off and we are looking at things as they come up or ideas that are presented.

5. Are there additional skills or knowledge that would help you more effectively perform in your current position or enhance your skill opportunities? If yes, please list in what area(s) you would like training.
   a- I am already taking the training I feel I need to take when it comes to mortgages.
   b- I am also taking additional trainings in all areas to stay up on changes etc.

6. What goals (specific measurable results) do you hope to accomplish?
   a- Have ancillary services identified, researched, partners picked out, demos completed, and contracts in hand for CEO to review. Bonus if we can get the CEOs blessing to sign before the end of the trimester and have them starting with implementation but that is out of my control to ensure completion.
   b- Unsure for a second item as core conversion will not be launching into full swing, open to ideas or thoughts. Could be the Mastercard type change for new cards going forward to be implemented, niche products built/tested/implemented with Owners Choice, etc?

7. List the subjects you would like to discuss during your performance evaluation.

We have discussed the self-assessment.

[signature] 5/28/24

**Employee** **Date**

Dustin Howard 5-28-2024

**Supervisor** **Date**

**This is not to be construed as an employment contract.**
**This form does not alter the Employment-At-Will relationship in any way.**

## Horizon Manager Performance Appraisal

**Name:** ____Brittany Baker_____________ **Job Title:** __Chief Lending Officer_______

**Supervisor:** ___Justin Howard___________ **From:** __1/1/2024__ **To:** __4/30/2024__

**Scoring Scale**

| | |
|---|---|
| 1 | Does not demonstrate |
| 2 | Below Expectations |
| 3 | Meets Expectations |
| 4 | Exceeds Expectations |
| 5 | Extraordinary |

**Knowledge & Skill**

| Evidence of job knowledge, responsibilities, products/services to succeed in their role | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 10 | 40 |

**Comments:** Brittany has exceptional knowledge in most of her areas and with regulations. She is currently working on expanding her knowledge of mortgages and it hasn't stopped her yet from being able to oversee that area. She has a tremendous amount of knowledge on the commercial side. There is a lot of familiarity surrounding our policies and procedures even though she has only been here roughly 3 years. She is also very strong on computer applications and the ability to utilize them to get the data and information she needs. The area of opportunity here is communicating both verbally and in writing in a professional manner. There are times and instances when communication is not done professionally like the email to me when she thought I was providing feedback and there was other people on the email chain and the discussion in the management meeting around brand awareness & community involvement.

**Quality**

| Measure how accurately and efficiently emp. Performs job duties to achieve their goals | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 3 | 15 | 45 |

**Comments:** Brittany does an excellent job at tackling her job, projects, and goals with a high level of accuracy. This past trimester, we had the implementation of a new mortgage partner with Owners Choice, launching BAFS for commercial lending, updated reports for lending & collections, etc. There are numerous times where she seems to spread herself too thin and working on too many items at once. Multi-tasking is okay for low intensity and less thought-provoking tasks, and it isn't for more complex and strategic work. Being able to focus for periods of time on certain activities will elevate the end result. Also, taking on less at any time so one's plate of responsibility doesn't overflow creates the environment for improved health, lower stress, and happiness. Delegation has improved with Brittany and there is some opportunity to do this at a higher level to grow team members and keep focuses on the crucial tasks.

**Teamwork**

| Evidence of working harmoniously with team members to achieve common goals | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 3 | 10 | 30 |

**Comments:** Over this past trimester, Brittany routinely stepped up to assist team members. This can be seen with phone calls, trainings, branch support, community events, and community seminars. Brittany suggests ideas for improving the credit union from the remote work policy discussion and collection ideas, like switching our attorney. The creating a harmonious work environment is an area to work on as the work environment or working relationships are sometimes thrown into turbulence with ineffective communication, a lack of communication with tact, lack of trust with other people, and/or own opinion on how things should be done. Brittany did a great job overseeing debt protection and gap this past trimester. Debt protection has seen improvement and just missed goal being at 42%. Gap is rockin it at 82% and well above goal. On the flip side we did miss on both origination goals with consumer being behind about $1 million and mortgage being behind $2 million.

**Service**

| Evidence of providing exceptional service to internal/external members | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 10 | 40 |

**Comments:** Brittany is exceptional at service. She follows-up in a timely manner with clear and direct responses. She does an exceptional job at trouble-shooting issues when it came to increase phone calls from the card transition and figuring out issues/complaints from members. Routinely Brittany can be heard talking to team members to answer questions as she makes herself available.

**Brand Awareness**

| Evidence of embracing Horizon's brand and culture and demonstrating core values. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 2 | 15 | 30 |

**Comments:** I believe this is the area with the most opportunities for professional growth. Brittany will get the results that we want no matter what it takes, and it must be kept in mind that the journey and how we get the results are just as important as the results. Her work ethic, drive, and perseverance are impressive. There are times that a lack of impulse control is evident, and Brittany just starts talking about a topic, sharing thoughts, and/or taking over a discussion when it is not the right time or place to do so. An example of this is the management meeting where we started discussing community involvement. Brittany got very engaged in the discussion and immediately jumped in with numerous points. I feel that she was passionate about the topic and her viewpoints, which is good. The concern is she kept going and going, sometimes cutting off Justin and Mike P. which caused others around the room to not engage due to the emotional charged discussion. I want leaders to share their viewpoints and do it in a way that fosters conversation and engages others to join in, not shut down the conversation. This is a time were controlling the impulse to speak was needed so others could engage and give time to think about not only what to say but also how to say it. Impulse control may also be needed when presented with something to-do, a question, etc. to assist in not bouncing around topics/tasks and focus with what is at hand. Another area is coming to judgements without all the facts or listening to other opinions and not wanting to understand other perspectives. A few times this has happened with me where I felt after the interaction that Brittany must hate me and/or I was concerned with what is going to happen next as I thought the conversation wasn't over with and Brittany would circle back with the same or more

| |
|---|
| intensity than she had previously. An example of one of these conversations was talking to Lori about the call recording which caught her off-guard as there hadn't been a conversation with Denise as of yet. When it comes to community involvement, Brittany is a role model of what is expected. She participated at the home show, shred day, financial reality fairs for Horizon. She also was involved in multiple non-profits and causes like dog rescue, Rotary, etc. |

**Internal Development**

| Taking advantage of internal and/or external resources to enhance knowledge and skills. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 10 | 40 |
| **Comments:** Brittany is constantly expanding her knowledge and taking in education. There have been numerous webinars she has participated in, core demos by traveling to other credit unions to learn about the system while in action, and various trainings she has been a part of. She has also been reading books that Tom Glatt wanted us to review as a senior team. She also stays on top of reading industry news as I have gotten emails about banks closing, credit union blogs with content and her thoughts about it, economic trends, etc. The one area I would like to see is just not only the knowledge expanding and gaining new ideas but also some skill/behavior changes to improve impact. | | | |

**Leadership**

| Evidence of providing direction, displaying innovative ideas and staff development. Ability to make decisions and problem solve. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 3 | 20 | 60 |
| **Comments:** Brittany does a top-notch job with her direct reports. When a direct report needs something, she is on top of providing it. She routinely does 1-on-1's and I like the observation days that she has discussed with me. Most recently, she has spent time with Becky at Third Street. Brittany is also seen as an SME (subject matter expert) as she has conducted numerous trainings this past trimester. What I would really like to see with Brittany is a pause and reflection of what she can control and knowing what she knows now, what would be done differently when we are talking about how to improve something or when something didn't go as planned. As soon as I stop talking or sometimes, I am still talking, I will start hearing a list of why it was done that way which at the end of the day are excuses because we eventually get to whatever it was could have been done better by doing x, y, and z. This has also happened in meetings where no one engaged in the conversation long enough to get to that point, and we just moved on. I trust Brittany's abilities, so I just naturally assume she did the best job or made the best decision possible with what was known at the time. It is more of, what can we learn from this for the future. | | | |

**Goal #1**

| Core Transition | Rating (1-5) | Weight (Max total is 10) | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 5 | 25 |
| **Comments:** Brittany has done all she can with this project since a contract has not been signed yet. She has partaken in core demos, developed a communication plan, and reached out to a project team to keep them in the loop. She has been instrumental in the process and her insights have been valuable in deciding that when we thought we got down to a top 2, that neither were viable options so lets keep looking. | | | |

**Goal #2**

| Commercial Project | Rating (1-5) | Weight (Max total is 10) | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 5 | 25 |

**Comments:** Over the past trimester Brittany worked on policies, procedures, and forms for our business lending rollout. Training has occurred. We have our first commercial loans in the pipeline. I am really looking forward to getting our services determined so we can start advertising our suite of commercial offerings.

| | |
|---|---|
| **Employee Current Period Score**<br>**Sum all points/ 100** | 335/100 = 3.35% |

| | |
|---|---|
| **Employee Year to Date Score** | P1 = 3.35%, P2 =%, P3 =%: Avg: 3.35% |

**Overall Comments:** I enjoy working with Brittany because of her knowledge, tenacity, work ethic, and thought process. We have some of the most thought provoking and brainstorming conversations out of anyone I get to talk to which is exciting for me. What I would like to see Brittany work on is gaining a self-confidence in herself, a slowdown in what she takes on so she doesn't impact her health or cause burnout, a greater impulse control over her reactions and communication, and working to build trust and relationships across the organization with team members. There are times I feel she is trying to take on the world to prove herself when she shouldn't have anything to prove because of what she has already accomplished. I admire her and wish I had some of our capabilities which I would hope she can see in herself. Based upon who she is, what she has done, and what I know she can do; I trust her completely and appreciate having her on the team. Horizon is very fortunate to have her on the team striving to achieve our Vision and Mission.

**Employee Development Plan**

**Employee Goals for Next Period. Must be quantitative, with detailed information.**

**Goal #1 Commercial Ancillary Services –** Identify which services we will offer to business members. Review potential partners and select partners for various services. Work on pricing for each service to capture market share and being very competitive while generating additional income for Horizon. Partner with marketing to update website with all the new business program information from deposits, lending, and services; have an date to launch. Have a communication plan for staff to discuss the rollout of business. Keep in mind that a marketing push will occur September of 2025 and go into the first half of 2026.

**Goal #2 Mortgage Strategic Plan –** Develop a strategic plan for our mortgage department to add partners, new products, staff training as needed, pricing & fees outlined, development of a referral pipeline driven by our branches, member engagement, & consumer loan processing, and outline

| |
|---|
| mortgage production in upcoming years. By the end of the trimester, be working on the implementation of new mortgage partners. |

| **Employee Comments** |
|---|
| |

**Supervisor Signature:** Justin Howard **Date:** 5-28-2024

With my signature, I attest I have received this performance appraisal from my supervisor.
I have had sufficient opportunity to provide my comments in the above area.

**Employee Signature:** **Date:** 5/28/24

This performance appraisal is not to be construed as an employee contract and does not alter the Employment-AT-Will relationship in any way,

**Horizon Federal Credit Union**
**Manager Self-Assessment**

**Name:** Brittany Baker

**Job Title:** Chief Lending Officer

**Review Period: From** 05/01/2024 **To** 08/31/2024

**Self-Assessment**

1. What were your major achievements since your last performance review?
    a. Mortgage strategic plan
    b. Core Conversion to-do list and clean up cleaned up, done, and submitted on time
    c. Wrote 4 new procedures
    d. Updated 10 other procedures outside of what my team did
    e. Created 3 brand new forms for use
    f. Recreated for conversion Master copies of 14 forms there were no Word document Masters for outside of the 30+ Created or recreated by my team
    g. Rewrote 38 Letters and Notices for tone of notices depending on severity vs short and generic statement of numbers and dates
    h. Completed with lending team our first official open line review and notices creating an analysis structure for relationship review and consistency
    i. Completed Mastercard charge off conversion with underwriters in writing procedure, testing of loan type and codes, and processing the 75-100 old charge off cards we were migrating to on system loans
    j. 6 Webinars on 2024 Fraud Trends, AVM compliance for final rule, mortgage compliance and closing, and collections practices
    k. Completed 15 BAI courses outside the annually assigned 43 classes that were also all completed by end of trimester for the year
    l. Completed business account review lock and alert, notice, and updates processing for managers to update the accounts
    m. Call and Mail routing QRG for the teams to be added on to by other departments
    n. AVM quality standards review and procedure update based on regulatory final rule notification and webinar
    o. Loan Pull through reports created by year, department, and lender for application to disburse trends
    p. Created loan attrition for budgeting, goal setting, and yield numbers
    q. Commercial lending basics questionnaire for managers and review to help with lending needs and information gathering
    r. Completed 2 consumer loan training sessions
    s. QRG for Teams recording
    t. Several dozen meetings, emails, calls, and demos for debt repayment and merchant services

2. How well did you meet and address the needs of your team and meet management deadlines and responsibilities?

## Horizon Manager Performance Appraisal

**Name:** ____Brittany Baker______________ **Job Title:** __Chief Lending Officer________

**Supervisor:** ___Justin Howard____________ **From:** __5/1/2024__ **To:** __8/31/2024__

**Scoring Scale**

| | |
|---|---|
| 1 | Does not demonstrate |
| 2 | Below Expectations |
| 3 | Meets Expectations |
| 4 | Exceeds Expectations |
| 5 | Extraordinary |

**Knowledge & Skill**

| | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| Evidence of job knowledge, responsibilities, products/services to succeed in their role | 3 | 10 | 30 |

**Comments:** Brittany is fulfilling a large segment of her job description at a high level. Keeping policies and procedures updated for lending is top-notch. She is excellent at the operational integrity of the lending function here at Horizon. Employee development and goal setting is great. It is the softer skill side of the job description, like being an ambassador of the brand/culture that still needs to be developed when it comes to negativity at times, taking too much on, and communication between others at the credit union. Brittany is very strong at knowing our products and services, hence she does very well at referring. There are superior skills at computer applications and software needed to do her role. Verbal and written communication needs improvement for tone and professionalism.

**Quality**

| | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| Measure how accurately and efficiently emp. Performs job duties to achieve their goals | 3 | 15 | 45 |

**Comments:** I believe that Brittany and her team perform their work at a high level that is accurate. I was very impressed with the mortgage strategic plan and the thoroughness of it. Efficiently performing job duties over the past trimester is an area that was discussed due to the numerous times Brittany shared in meetings, 1-on-1 discussions, overheard with others, etc. that she was too busy. This is an area that has seen improvement towards the end of the trimester and during the 1st week of September.

**Teamwork**

| | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| Evidence of working harmoniously with team members to achieve common goals | 2 | 10 | 20 |

**Comments:** Brittany does an exceptional job with her willingness to jump in and assist others. During this past trimester, I have seen examples with this of the lending training, compliance items, and community events. Goals are a mixed bag this past trimester with Gap being over goal at 81% and dep

| |
|---|
| sessions. A key is seeing a change in results and behaviors moving forward from the discussions, and new knowledge obtained. |

**Leadership**

| Evidence of providing direction, displaying innovative ideas and staff development. Ability to make decisions and problem solve. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 3 | 20 | 60 |

| |
|---|
| **Comments:** For Brittany, staff development is a focus and a priority which is excellent. Brittany is seeing mixed results of her efforts in this area as Amanda and her team seem to be doing excellent and have a high capacity to handle work. Becky's abilities and results in her area ebb and flow with no consistency. As long as Brittany is regularly involved in the area, it does better, however without Brittany's involvement it isn't sustainable by Becky. Jackie there has been little noticeable impact in her area and with her people as there seems to be limited to no growth by them. Future planning is goal setting is an area where Brittany excels. Her budget numbers and projections for 2025 seem solid. As outlined in other areas, her delivery of commitments and responses to staff are superb. Problem solving and timely solutions is an area that can be strengthened when it comes to collaborating with others. |

**Goal #1**

| Commercial Ancillary Services | Rating (1-5) | Weight (Max total is 10) | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 5 | 25 |

| |
|---|
| **Comments:** This project was tackled quite well. Brittany focused on the main area and reviewed numerous providers for merchant processing. There is one that she wants to go with and has done a good job getting the terms of the relationship hammered out. |

**Goal #2**

| Mortgage Strategic Plan | Rating (1-5) | Weight (Max total is 10) | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 5 | 25 |

| |
|---|
| **Comments:** The mortgage strategic plan was an excellent document that outlines well the future of the department with growth, KPIs, products, and more. She did an exceptional job researching information and balancing it with the projected path of Horizon. |

| | |
|---|---|
| **Employee Current Period Score**<br>**Sum all points/ 100** | 305/100 = 3.05% |

| | |
|---|---|
| **Employee Year to Date Score** | P1 = 3.35%, P2 =3.05%, P3 =%: Avg: 3.20% |

| |
|---|
| **Overall Comments:** It is a joy working with Brittany and having conversations with her. I appreciate her insights and dialogue, especially when we are talking strategically and operationally. The huge opportunity for growth that she is undertaking to lessen her initial response to people and things along with working on soft skills will tremendously benefit her, her team and the credit union. This past trimester, we have had some intense interactions that were not positive and could have been |

## Horizon Manager Performance Appraisal

**Name:** ____Brittany Baker____________ **Job Title:** __Chief Lending Officer_______

**Supervisor:** ___Justin Howard___________ **From:** __9/1/2024__ **To:** __12/31/2024__

**Scoring Scale**

| | |
|---|---|
| 1 | Does not demonstrate |
| 2 | Below Expectations |
| 3 | Meets Expectations |
| 4 | Exceeds Expectations |
| 5 | Extraordinary |

**Knowledge & Skill**

| | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| Evidence of job knowledge, responsibilities, products/services to succeed in their role | 4 | 10 | 40 |

**Comments:** Brittany's knowledge of our products, services, policies, and procedures are exceptional. She routinely adheres to practices with minimal deviation. Brittany is very independent and can tackle any facet of her role on her own. With areas that she lacks knowledge, she will do research to do the answer. When needed, she will go to Justin to bounce an idea off with her suggested solution which is typically always spot on. Brittany is also quite skilled with technology and software programs which makes her impactful in her role. Developing a softer balance on the brand/culture side and communication is the opportunity area.

**Quality**

| | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| Measure how accurately and efficiently emp. Performs job duties to achieve their goals | 4 | 15 | 60 |

**Comments:** The quality that Brittany produces is very strong as she adheres to procedures and is detail-oriented. During this past trimester for the core conversion project, Brittany went through and cleaned up accounts/areas in our existing core that were not correct. This past trimester talking about workload and busy hasn't come up hardly at all which has been an improvement from the previous trimester. My only concern is the amount that Brittany takes on with the amount of time she has. Hopefully she can discover a better balance with this by automating items with the new core, eliminating indirect lending, and her direct reports and teams performing at higher levels.

**Teamwork**

| | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| Evidence of working harmoniously with team members to achieve common goals | 2 | 10 | 20 |

| |
|---|
| **Comments:** Brittany does an exceptional job at achieving goals. If a goal is not being met, she will look to see what needs to be adjusted to hit it. For 2024, the consumer lending goal was almost spot on at 94% which was almost $33 million, debt protection was within 5%, and GAP rocked it at 77% which goal was 60%. Our mortgage area was the lone disappointment when it came to lending in 2024 as we were below 50% of goal for balances and farther off with anticipated income. Brittany is one of the first people to jump in and assist others with whatever they need if they ask for assistance, sometimes even without them asking. This is a trait that I admire Brittany for and appreciate that she does this. It does come at a cost as she sometimes creates workload issues for herself. As Brittany outlined in her self-assessment, sometimes she has so much going on that her communication isn't delivered well which causes problems. I believe part of the communication & relationship struggles that take away from a harmonious work environment and our culture is working effectively under pressure but it is also more than that. A portion of it can also be contributed to personal beliefs that become expectations for others and opinions about people. This past trimester we had just as many frequent occurrences of communication that went sideways that caused problems from Kim in Credit Solutions, numerous interactions with Denise, etc. Justin needs Brittany to focus on improving in this area as she is a senior leader with numerous years of professional experience. Her actions, behaviors, and words are a role-model with significant impact across the organization, both positively and negatively. |

**Service**

| Evidence of providing exceptional service to internal/external members | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 3 | 10 | 30 |
| **Comments:** Service is typically prompt and accurate when it comes from Brittany. She routinely does overrides for others, and you can see her timely responses via email or Teams. Her service doesn't typically differ be it a teammate, member, or vendor. Over the past trimester, her service has been great when it came to the core conversion process. Working on coming up with a collaborative resolution to problems with teammates can elevate enhance this area. | | | |

**Brand Awareness**

| Evidence of embracing Horizon's brand and culture and demonstrating core values. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 3 | 15 | 45 |
| **Comments:** During this past trimester, Brittany has routinely volunteered and supported our community with an example being the school reality fairs. Throughout the past few months, the enthusiasm has improved because of the improvement of quick reactions by Brittany. Some of it is being more mindful and part of it is just not addressing other things that can lead to negative interaction. Continuing to work on improving relationships, impressions, and communication is key in this area as an upbeat and positive working environment is crucial for our culture. | | | |

**Internal Development**

| Taking advantage of internal and/or external resources to enhance knowledge and skills. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 10 | 50 |
| **Comments:** Brittany successfully completed all her BAI courses as well as additional ones. She expanded her knowledge in mortgages by going through multiple mortgage trainings that were available. Over the | | | |

| |
|---|
| past trimester, Brittany has been doing a mortgage underwriting certification that she completed. Lastly is her active involvement in the Glatt sessions. |

**Leadership**

| Evidence of providing direction, displaying innovative ideas and staff development. Ability to make decisions and problem solve. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 2 | 20 | 40 |
| **Comments:** During the past period Brittany has continued to do her 1-on-1's and has expanded interactions with Jackie due to unsatisfactory performance in the mortgage area. This was a great decision as the results did not occur in the area as expected and more frequent contact to understand what is occurring is important. Brittany does an exceptional job at goal setting and achieving those goals which also shows with her on-time delivery of projects & commitments. The area of focus in leadership is the problem resolution and finding timely solutions in regards to teammate relationships and reputation. Over this past trimester I believe the relationship between Denise and Brittany has gotten worse, which is a hinderance for the credit union. Brittany's reputation of her way or no way, blunt, not approachable, and inconsistent response minimizes the impact she can have from a people side. The reputation and other relationships within Horizon have remained unchanged over this past trimester. These are crucial items to address and improve to maximize her full leadership potential. | | | |

**Goal #1**

| Core Conversion | Rating (1-5) | Weight (Max total is 10) | Points (Rating x Weight) |
|---|---|---|---|
| | 5 | 5 | 25 |
| **Comments:** Brittany has done a superb job with the core conversion. I like to see the notes to stay up-to-date and the regular progress meetings are useful. The marketing communication plan is completed and items are being worked upon. The data cuts have occurred. Any issues have been communicated and Brittany stays on top of them to get them resolved. | | | |

**Goal #2**

| Mortgage Department Leadership Development | Rating (1-5) | Weight (Max total is 10) | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 5 | 20 |
| **Comments:** The harmonious environment has not really occurred thus far in the past trimester. We lost one of the Mortgage Professionals and there are questions around other team member's fit within the department due to attitude or performance. These two people situations will need to be addressed moving forward into 2025 next month. I believe Brittany has a greater grasp of what is happening in the mortgage area and I don't think she could have done anything additional with this goal. | | | |

| | |
|---|---|
| **Employee Current Period Score**<br>**Sum all points/ 100** | 330/100 = 3.30% |

| | |
|---|---|
| **Employee Year to Date Score** | P1 = 3.35%, P2 =3.05%, P3 =3.30%: Avg: 3.23% |

| |
|---|
| **Overall Comments:** I enjoy my conversations with Brittany as we are talking about the business and strategizing. She has amazing insights and I have no doubt that I can depend on her to get any |

| |
|---|
| operational task done and results achieved. It is the "how" things are achieved that causes issues as outlined in this review when it comes to people. I expect anyone at a management level or higher to be able to have a productive working relationship that is built on respect for achieving the organization's goals. This has to be a focus and progress needs to be made in improving relationships, building trust throughout the organization, and repairing the reputation perception in 2025. I have no doubt that with Brittany's abilities and experiences that she can achieve this is she desires as she is one of the most talented and intelligent people I have met. |
| **Employee Development Plan** |

**Employee Goals for Next Period. Must be quantitative, with detailed information.**

| |
|---|
| **Goal #1 Core Conversion –** Maintain the progress of the core conversion and hit key milestones with the project so everything is ready for June 1st. Start training during the month of April. Ensure the third data cut occurs and any issues are addressed timely. Work with third parties to ensure they are ready for our switch over with no disruption of service. |
| **Goal #2 Clean Up Lists –** Tackle the clean up projects that Synergent and Symitar outline that need to be done prior to the core conversion. |

| |
|---|
| **Employee Comments** |

**Supervisor Signature:** Justin Howard **Date:** 1-10-2025

With my signature, I attest I have received this performance appraisal from my supervisor.
I have had sufficient opportunity to provide my comments in the above area.

**Employee Signature:** [signature] **Date:** 1/10/25

This performance appraisal is not to be construed as an employee contract and does not alter the Employment-AT-Will relationship in any way,

**Horizon Federal Credit Union**
**Manager Self-Assessment**

**Name:** Brittany Baker

**Job Title:** Chief Lending Officer

**Review Period: From** 09/01/2024 **To** 12/31/2024

**Self-Assessment**

1. What were your major achievements since your last performance review?
    a. Successful kick off of all BA meetings for core conversion with teams assigned to each
    b. Maintaining responsibilities while attending 10+ weekly meetings with more kicking off over time throughout the trimester
    c. Cleaned up around 2000 invalid DOB/SSN and handed off the rest of the clean up to another team
    d. Cleaned up around 1500 Associate and member profiles with no active accounts
    e. Handed training for the MLOs on home equities off to Amanda to develop her and to free me up.
    f. Created 17 new trackers and reports for easy departmental accountability
    g. Worked with Jackie on her department development and accountability plan having more frequent conversations and meetings to assess abilities and needs moving forward
    h. Worked with Becky on developing her own department utilization and her own department strategic plan
    i. Started and completed 1/3 of the NAMU Mortgage Underwriting certification coursework
    j. Completed 15 MGIC Mortgage Trainings
    k. Created and revamped the marketing plan with Mike Patterson for the core conversion with accountability for the postings and announcements to stay on track.

2. How well did you meet and address the needs of your team and meet management deadlines and responsibilities?
    a. I met the immediate needs of my teams by helping where they needed help, providing feedback good/bad/or neutral, and delegating tasks for their development.
    b. I failed my teams needs by allowing myself to be overly stressed with all things that need to be done which causes poor immediate or over reactions that can impact employee morale and perception.
    c. I also failed my teams by being so engrossed in other projects and activities I don't feel like I give them or have the time to give them the proper attention they need or deserve. Becky and Amanda have no problem coming to me with questions or issues, Jackie despite our more frequent contact is the least likely to reach out and talk outside of required times or needs.
    d. Deadlines and responsibilities get done, there isn't really any issues meeting them

3. Describe how your behaviors have supported Horizon's brand and culture over the past four months.
   a. Continual education
   b. Participation in any events that need people to assist, volunteered for more than I have been needed at surprisingly enough which is awesome.

4. Describe what are the areas of your performance (behaviors and results) on which you can improve?
   a. Same as 2b and 2c across the board

5. Are there additional skills or knowledge that would help you more effectively perform in your current position or enhance your skill opportunities? If yes, please list in what area(s) you would like training.
   a. Not any that really comes to mind because if I have a question or need to learn something I take a BAI (up to 300 of the 660 offered are completed), take other courses, look on the CFPB, look on the federal registry, or look on the NCUA opinion pages.

6. What goals (specific measurable results) do you hope to accomplish?
   a. Record session 1 of loan training- Closing the loan – Is this core or non-core specific?
   b. Continued successful processing and movement on the core conversion

7. List the subjects you would like to discuss during your performance evaluation.

~~We have~~ discussed the self-assessment.

| | |
|---|---|
| [signature] | 1/10/25 |
| **Employee** | **Date** |
| Justin Howard [signature] | 1-10-2025 |
| **Supervisor** | **Date** |

**This is not to be construed as an employment contract.**
**This form does not alter the Employment-At-Will relationship in any way.**