# EXHIBIT O

**From:** Brittany E. Baker
**To:** Justin M. Howard
**Subject:** Senior Management Meeting
**Date:** Tuesday, January 28, 2025 5:50:59 PM

---

Justin,

Can we add PCI compliance to the sm meeting agenda as doing our required compliance there is something that came up I was not aware of and or hadn't thought of before doing the compliance for call recording.

There are three or four ways we currently are not compliant and/or illegal that we need to discuss risk and solution.

Brittany Baker
Chief Lending Officer
NMLS 940175