# EXHIBIT P

| | |
|---|---|
| **From:** | Justin M. Howard |
| **To:** | Michael T. Burns; Michael F. Patterson; Denise A. Lariviere; Brittany E. Baker |
| **Cc:** | Justin M. Howard |
| **Subject:** | Tuesday Agenda |
| **Date:** | Friday, January 31, 2025 9:27:30 AM |
| **Attachments:** | image001.png |

Hello,

For Tuesday agenda I have:

- PCI Compliance
- Core Conversion – Non Member Conversion
- Student Branch

Let me know if anything else is needed.

Thank you,

Justin Howard
CEO & President

Horizon Federal Credit Union
330 Pine Street
Williamsport, PA 17701

Phone: 570-326-3636 Ext. 214

*CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be , legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this email and any attachments.*