# EXHIBIT Q

# Horizon Federal Credit Union

Whistleblower Policy

Document Number 111 Approved April 2024

## Purpose

The purpose of this Policy is to make it clear that all Credit Union employees, officers, and directors are encouraged to report wrongdoings or suspected wrongdoings without fear of victimization, retaliation, subsequent discrimination, or disadvantage. This Whistleblower Policy is intended to encourage and enable employees, officers, and directors to raise serious concerns within the Credit Union rather than merely overlooking a possible problem.

**Scope:** Staff, Board, Volunteers

**Key Words:** Employee, Officer, Director, Wrongdoing, Fear, Serious, Concern

**Table of Contents:**


- Purpose
- Section 1: Policy
- Revision History


1. **Section 1: Policy**
   - 1.1. A whistleblower as defined by this policy is an employee of the Credit Union who reports an activity that he/she considers to be illegal or dishonest to one or more of the parties specified in this policy. The whistleblower is not responsible to, and must not, investigate the activity independently; Credit Union management is charged with these responsibilities.
   - 1.2. Examples of illegal or dishonest activities include billing for services not performed or for goods not delivered, and other fraudulent financial reporting.
   - 1.3. If you have knowledge of or a concern about illegal or dishonest fraudulent activity, you must contact your immediate supervisor or Human Resources. Please exercise sound judgment to avoid baseless allegations. Any employee who intentionally files a false report of wrongdoing will be subject to corrective action, up to and including termination.
   - 1.4. Whistleblower protections are provided in two important areas:
     - 1.4.1. confidentiality; and
     - 1.4.2. against retaliation.
   - 1.5. Insofar as possible, the confidentiality of the whistleblower will be maintained.
   - 1.6. However, identity may have to be disclosed to conduct a thorough investigation, to comply with the law and to provide accused individuals their legal rights of defense. The Credit Union will not retaliate against a whistleblower for raising a concern in good faith. Any whistleblower who believes he/she is being retaliated against must contact the Human Resources immediately. The right of a whistleblower to protection against retaliation does not include immunity for any misconduct or personal wrongdoing that is alleged and investigated.
   - 1.7. All reports of illegal and dishonest activities will be promptly submitted to Human Resources who is **responsible for investigating and coordinating corrective action.**

**Revision History**

| Revision Number | Description of Changes | Prepared By | Reviewed By | Board Approved Date |
|---|---|---|---|---|
| 101 | Annual Policy Review | Tina Goodrich | | 05.2020 |
| 102 | Annual Policy Review | Tina Goodrich | | 05.2021 |
| 103 | Annual Policy Review | Stephanie Davies | | 05.2022 |
| 104 | Annual Review; New Format; No changes | Cindy Russell | Jody Frantz<br>Michael Patterson | 04.2024 |