# EXHIBIT R

**From:** Justin M. Howard
**To:** Brittany E. Baker
**Subject:** RE: Thoughts
**Date:** Monday, March 3, 2025 3:49:31 PM
**Attachments:** image003.png
image004.png
image005.png

Thank you for the email Brittany with your thoughts. With everything you outlined, I do need to respond and talk with you. Would tomorrow morning or Wednesday afternoon be better for you?

Justin Howard
CEO & President

Horizon Federal Credit Union
330 Pine Street
Williamsport, PA 17701

Phone: 570-326-3636 Ext. 214

*CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be , legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this email and any attachments.*

**From:** Brittany E. Baker <Brittany[redacted]
**Sent:** Monday, March 3, 2025 8:08 AM
**To:** Justin M. Howard <[redacted]
**Subject:** Thoughts

Justin,

I typed this up Friday night and thought about it over the weekend. I know mostly what you will read into this is emotion but I am not being authentic and upfront if I don't say it.

Rather than having a discussion about why I was asking you not to underwrite, it is continually brought up over and over again. Mike Patterson now takes up the mantle without seeking to understand what I needed, what would help ME. It was assumed that was what I needed help with instead of asking what someone could help me with. The statement that I don't trust your underwriting assumed my motives and my emotions instead of asking why we were going back to basics and full audits. You didn't ask why I was even hesitant to have LeAnna jump back in to help. Which for the record the reason on both aspects is that not cleaning it up on the front end was causing closing problems and making the processors drown. I was doing what I needed to do to support my team and try to right the ship of mistakes at closing that have simply exploded in the last 4-5 months. When I tried to approach you saying hey what I could use help with is X it's a raise of the eyebrow and a nod. You have your tells when you don't agree with something.

Then to say Fair Lending is grey and open for interpretation to Denise's statement feels to me like a condoning of her behavior and dismissing of my concerns. When essentially mitigating risk while producing results is the basic functions of my job. When Fair Lending Compliance yes has grey area, but the CLO and the compliance officers are usually the ones who have been fined when practices are called into question. Someone also mentioned it is gauged on past practices and issues, I have had inconsistent practices brought up on multiple audits when I was at BBT, Wyrope, etc that doing things just like that with the why did you take them out of order was called into question. That penalty and responsibility hangs squarely on me and she has no skin in the game on liability yet from my perspective and experience condoning her behavior tells her it is ok when she is not the one who will have to deal with the consequences. ECOA prevents discrimination in any aspect of the credit transaction. While the prohibited categories are clearly defined the "any aspect" part is not which is what they used to site the problem in past audits I have experienced. This is minimal for the action itself but condoning and dismissing me is the bigger problem. You may be willing to put your neck out for that but you cant voluntarily offer up mine too.

Remember the NCUA complaints we had to respond to for lending practices because they said we didn't call them in proper time or respond to them and that we were mean and nasty etc? Yeah I have had them before about, "Why did it take so long to get an answer," which as part of the inquiry was almost always followed up with, "What is your average turn time on X or Y?" I was prepared for it with those complaints, thankfully they were never asked, so I did a little happy dance and moved on. Doesn't mean it wont ever be asked as I am at a 75/25 ratio right now of asked/not asked. I don't like those odds enough to not account for it when we have the ability to do so. Again, small thing, medium chance it will happen, that's my skin, my neck, my accountability to answer for which is why I had an issue with it.

This is all also on the back of being told I was internally investigated for loan fraud in which it resulted in two people getting terminated. Did no one ever stop to think or take into account what that would do to me mentally? I am not ok. The fact something had the ability to even be called in to question that it needed to be investigated that could have cost me my career and barred me from ever working in any financial institution ever again? I have felt like I am one undocumented or poorly documented risk-based decision away from losing my job for months. If that could happen to me, it could happen to my team and no one thinks I wouldn't do whatever I could to protect them from inadvertent or unintended consequences. Someone truly makes a poor choice, absolutely a problem that needs addressed but the unintended while doing business as usual is what consistency helps to prevent.

Below is an example of one of problems we run into repeatedly and it is growing exponentially worse. This member is coming in expecting to close and things are not approved. This is why we pulled back on UW, which I communicated to the lenders, with Amanda or I going through everything with a fine-tooth comb as the down and dirty UW that shouldn't have to be done. The hand holding nitty gritty time-consuming UW that LeAnna and you are not used to doing because you both UW for seasoned people. I just underwrote a loan tonight missing 27 ish items, I have sent more back unable to even decision than I ever have before. It has just been a snowball rolling downhill of things like this in the last 4-5 months. We have loans after loans for people showing up especially Saturdays to close and they are not approved as will this one be tomorrow. We shouldn't have to review income or bills of sale or insurance, but we do. We have to because are getting ID cards and are not even yet listed on insurance, income calculations that are way off once we review them because it is part time income or they include OT or added wrong, values are way off when we get the VINs and mileage or look at the features they select, and payoffs that are way off when we get them that it changes the whole loan. We have people calling lending that ask if a Home Equity Line of Credit is a real estate loan or if a credit builder term loan is revolving. That is a big member service issue expecting to close because an LO told them so when they are simply not ready. Closing requests sent 5-20 minutes before the end of the day, or while the person is there as if the processors are not in the middle of other member needs. Requests on loans that are not even approved, and the member is in front of them so we rush to try to accommodate when we shouldn't have to do it as frequently as we do and mistakes happen. All I can do is laugh at this point because getting upset gets me nowhere, trying to control it to fix it because I see the problem coming 20 miles away and all I want to do is control it because of the foresight seeing the impact coming cowering ready for it to hit gets me nowhere, and my need for consistency had our loan error rates of missing loan docs after signing from 9% down to under 2% and our loan quality around 93% on average and climbing. Now the errors are growing again and the current loan quality down to 90% and falling fast. We are essentially one bad audit from hitting below 90%.

Add | Delete | Report

| Entry Date | Officer Name | Entry | Contact Date |
|---|---|---|---|
| 02/24/2025 | JFrench | ***The vehicle that the member was looking at ended up getting sold, she is still looking at two other vehicles close in price and is hoping to look | |
| 02/28/2025 | JFrench | **NEW**Decision: Approved with StipulationsStipulations: 1. Bill of Sale - LTV to be in line with credit tier Max LTV of 95%2. Proof of Insurance3. | |
| 02/28/2025 | JFrench | Preferred Payment Account [redacted] | |
| 02/28/2025 | bbaker | NADA valuation not entered in for LTV, unable to put approval on without valuation for vehicle to ensure withinguidelines and review application | |
| 02/28/2025 | JFrench | **Updated below***NADA valuation not entered in for LTV, unable to put approval on without valuation for vehicle to ensure withinguidelines ar | |
| 02/28/2025 | akiessling | Max LTV - 95% - member would need to put the remaining funds down. | |
| 02/28/2025 | bbaker | I concur with LTV decision by other UW, LTV is outsides guidelines, it is approved for a reduced amount of 95% LTV $40,463.35. Documents are | |

**Journal Entry - 2000 characters max**

*Closing Journal*

New Membership: Member since 2013

Insurance Information: Uploaded to insurance tab

Financing: Horizon FCU

Insurance GAP/DP Confirmation: GAP and full DP accepted

Disbursement Screen Entry: Updated, GAP salesperson selected

Total Loan Amount: $53,374.81

Origination Date: 02/29/2025

Closing Date: 02/29/2025

Closing Method: in-branch

Closing Location: Third Street

Preferred Due Date: 29th

Preferred Payment Frequency: monthly

Preferred Payment Account [redacted]

On top of all of that, I have 70 hours' worth of work on my list I didn't get done this week and I put in 70 hours already before leaving tonight or working Saturday or Sunday as I tell myself I wont but I know I will. None of this is sustainable mentally, physically, or emotionally. It was burning out my lending team before LeAnna transferred, so it exacerbated a problem that already existed not just create a new one which is all we seem to be focusing on. We went from as a few examples:

1. 3 CMs a week a few years ago to 26-30 a week now.
2. Averaging 276 applications a month in 2023 to averaging 322 a month in the last 4 months.
3. 3-5 eOscar disputes to review and respond to a month to averaging 8 a week that take 15-20 minutes of our time a piece.
4. Averaging 197 closings per month over the last 4 months vs 152 per month for an average in 2023.
5. From 23 Loan Modification requests for the whole year of 2022 to averaging 9 per month in 2023 and 2024.

We stopped doing audits as much because they are time consuming and priority wasn't there over other things at 15-20 minutes a piece which exploded our turn time but reduced errors and to pick up turn time we reduce audits and have errors explode which causes other problems.

Even last year when I said I needed a business processor then, I needed them in May because foresight for training time, I saw this happening and said if we have even one complicated business loan while I am trying to do core conversion stuff it will put me in a tailspin of time management nightmare because they are more time consuming than most mortgages. I asked about it again for the fall so I could have them ready for January with heavy core time and starting of a commercial goal which I get the budget last year was bad, I get it, doesn't mean I didn't see it coming. I am working on 5-6 right now because I have no one else to hand them off to.

I don't know what the solution is but this is not sustainable. With what I have already worked above 38.5 hours a week this year I could take off work entirely not a single minute of anything until April 4th and I will still be at full-time hours. You are getting super cheap labor and I am devaluing myself to hourly being paid less than a Branch Manager not because I enjoy work over everything else but because I know what will happen to my teams if I don't, what will happen to the conversion if I don't, what will happen to the commercial loans if I don't. I will feel like a failure if I let that happen. I have skipped out on many conversion meetings because I asked the person leading it if they needed me or wanted me on it for any reason, they say no and I trust them to get it done. I trusted Denise to handle Synapsis until I get roped in on things starting back in November so I kept a closer eye on it but I still haven't jumped into meetings or items unless I am called in my Synergent as a last resort. I trusted Mike P to do the training, haven't done a thing with that because he didn't need me. I trusted Mike and Eric to handle the IT and Operational aspects and I have had to jump in on a few things for Mike to get an answer needed that day but only when he was off or out sick. I have trusted Jordan to handle the GL side and only jumped in when I got roped in on a deadline item they hadn't gotten something needed. I don't have the sanity to manage it all so I have to trust and let them handle it as I don't have a choice which is as it should be not out of lack of capacity though. I am not even doing the FCRA audits for credit pulls etc like I wanted to because I am going with hope and a prayer they are ok as they aren't priority. I am not doing loan file maintenance audits right now even though that saved our bacon on NCUA exams along with our QC audits and my underwriter QC reports. We didn't get lending findings except one I didn't even know existed without good efforts and reason. Audits and compliance and all of that may not be the fun part it may be the boring doldrum aspect of it because it makes me want to pull my hair out and need that Horizon branded wig but it is a necessary aspect. I would much rather find ways to make things work like with Juan even though it took me 30 hours of going to hundreds of pages and report and numbers to come up with potential options. I would rather teach people how they can do that so it isn't always me doing the hail marys as Dawn, Amanda, Kristina, Jackie, and others have come to call them.

I did talk to Denise, the income was in fact wrong because one job was part-time for less hours than stated and less than 8 months which dropped the disposable under 1500 and shot the DTI way up so without an opportunity to look at it from a UW standpoint I am frustrated with that especially because she knows better. She also did assume my we will do our best was my carte blanche approval without notes ever being put into the app. So I place accountability on all sides. Her for trying rush to close without approval and the income was not correct, myself for not clearly stating that it did not mean I was approving the loan and I assumed it was a given since there were no notes for it, and my team from deviating from what they know processes are that allowed the mistakes to persist. I can only address my own and my teams shortcomings in this and other similar situations.

I don't want to leave, I love my job. I love what I do. If I am the problem that is causing all of this anxiety and all of this tension because I double down on guardrails whenever I see us skating toward an edge and that rigidity and anxiety from a lot of the above so trying to maintain consistency is causing all of this then you and I can have a conversation, and I will begin the process of actively looking for other opportunities. I want to see Horizon succeed and grow which is why I came here to begin with because I loved what we want to try to do. If I am holding us back from getting there then I have to accept that I wont get to be a part of it and see it happen but I also wouldn't want to be the reason it fails.

I don't expect a response on this I just needed to say it.

Brittany

Brittany Baker | NLMS# 940175
Chief Lending Officer

Horizon Federal Credit Union
330 Pine Street
Williamsport, PA 17701

Phone: 570-326-3636 Ext. 114

*CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this email and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply email and immediately and permanently delete this email and any attachments.*