# EXHIBIT S

# 1-on-1 & Coaching Note Tool

| Date | 1-on-1 Notes (Submitted by Employee and Edited by Manager) | To-Do Action Items | Coaching Items Since Previous 1-on-1 (Submitted by Manager with date) |
|---|---|---|---|
| 03/07/2025 | • Team Statuses- Struggles and issues, positives, status<br>○ Consumer lending is struggling with catching up on the number of CMs so I have been plugging away at that along with title releases to keep my team from treading water. Amanda expressed her concern with Ronna not picking things up as quickly at she would hope and having some errors so with not having a phone in her office yet due to the ongoing Ring Central issues I asked to have Mia's desk set up early to have Ronna work there so she is with the team to have more collaboration and help. Brittany had to reach out to a local insurance agent for State Farm because they are giving member and employees at LC a hard time about getting proof of insurance and pushback. If it does not improve Justin suggested reaching out to their regional for the agents. Justin brought up mail still going to Reach Road. We have payoffs for Blaise and titles going. Brittany discussed issues with titles taking a significant amount of time however the address to Reach Road is probably not causing it, more like a state issue.<br>○ Becky brought up in her one on one about Kim's letter for Fresh Start loans which we | • Justin helping with UW<br>• Justin is assisting with vendor due diligence for 4th Qtr 2024 that needs done so Brittany can focus on the core and helping lending<br>• Justin will provide the options discussed in writing<br>• Brittany to have someone in lending reach out to Blaise dealerships to update payoff address.<br>• Brittany to see what may need to be changed for PA titles since they are still going to Reach Road. | • |

**1-on-1 & Coaching Note Tool**

| | | | |
|---|---|---|---|
| | discussed that while it may be great idea and I am open to it and forwarded to the SM team for feedback. Taking on something new when we have other things to focus on could potentially cause other things to become inconsistent. Becky also brought up concerns with news reports for increased delinquency which Brittany asked where she found the information. It is specific to our area, our state, industries, what reports are they citing. That is the stuff we want to pay attention to over news stories that may be trying to get views but no facts.<br>○ Mortgage Jackie has been developing a relationship with Bob Boobs office that has been getting several applications and prequals. A few flipped to live loans. Concerns with appraisals right now so may need to remove or replace some appraisers, waiting on concerns from Dom. Maddie is making up time throughout the weeks to leave early some days for her ongoing family situation.<br>• Core Items- concerns with programming automation<br>○ Discussed automation and efficiency concerns with items, Brittany will keep a list of these items so Justin can review contract for completion as we are not losing efficiency or gaining in manual work.<br>• Justin discussed his options for changes to organizational structure. Justin is looking to combine | | |

| | | | |
|---|---|---|---|
| | the CLO and CXO as they were previously to just the CXO role. Under the CXO role would be 4 direct reports of Member Engagement Manager, Director of Retail Delivery, Directory of Lending, and Business Relationship (Banking) Manager. A 5th direct report might occur as mortgages may shift from Director of Lending to the CXO, however that is unlikely. He does not feel Brittany is best suited for his plans to restructure the chart for lending and branches under one CXO and will be actively recruiting externally for this umbrella position. He feels that employees do not want to reach out to Brittany for help or feel comfortable going to her for assistance. That lending has become overly complicated (previous conversations reference the QC audits that underwriters as a group created for consistency and quality, sending loans back for things to be corrected, process and requirements) and the new CXO's ~~first job will be to restructure lending for process and efficiency~~ priorities to tackle will be to improve the perception that front line team members have of the credit union, streamline the lending process, and enhance consistency between the branhces. They will also be over Member Engagement and the branch network. The options presented, which Brittany asked for in writing, are Option 1 to stay on through core conversion with a possible up to $10,000 bonus for how well the process goes while maintaining positive attitude and then effective July 25th take a 4 month severance effective until November 28th with continued bi-weekly paychecks for additional time to find a job as he has previously discussed with Brittany on the 4th she is better suited for a CEO position due | | |

**1-on-1 & Coaching Note Tool**

| | | | |
|---|---|---|---|
| | to skills and knowledge and ability to have things set the way she wants them offering to write letter of recommendation and finding a position as he knew of things that may be opening in the near future in the area. Option 2 is to review the roles available in the organization structure to discuss with Justin if there is an interest. Justin shared that he believes the Business role would be best suited due to the higher independence of the role, can work remote, and the opportunity to make near what you are currently making now with a base plus commission. The compensation for this role hasn't been determined as of yet because we are looking at the market to see what salary structures are out there. This could potentially assist with the undervalue feeling that was shared in the last meeting and email. ~~is to step down to Director of Lending with only credit solutions and consumer lending with having business and mortgages possibly moved directly under the new CXO, no salary change was discussed or given at this time. Option 3 to take the business development role which will have a generous base salary Justin is still researching right now and autonomy to earn commissions based on production and would allow me to work from home or not have to come into the office as often.~~ Option 4 would be unemployment filing which he does not feel is the best choice given the alternatives.<br>Brittany stated she has never been written up and all trimester evaluations are above average and above meets expectations. Justin ~~agreed and~~ referenced the teamwork and leadership scoring factor of a level 2 which is below expectations as well as feedback | | |

**1-on-1 & Coaching Note Tool**

| | | | |
|---|---|---|---|
| | provided in past conversations from himself and feedback shared by employees. That he feels if he does not make these changes removing both Denise and myself from C level positions it will take the credit union down and he needs to consider all the other employees. Brittany asked for specific examples which Justin indicates branch employees are afraid to ask me for help or come to me because I am unapproachable. Brittany did not give an answer to the options and wanted time to think about it, Justin expects an answer by April 1st, confirmed he would provide the options in writing. | | |
| | • Jackie and mortgage plan- anticipated closings 900k under 4 million goal but over prior year. What do we want to do<br>• Amanda and Ronna development for UW and plans<br>• CS how are things<br>• Core training, meetings, etc<br>• Mortgage Email from Last Friday<br>• [redacted]<br>• Rep Payee-<br>• Core Items – Share One conversations and emails yesterday<br>• Training Thoughts<br>• Auto Loan Refi | • The concern with the activity for mortgages is we have more focus on the ones we lose rather than celebrating the ones we close. The activity itself has shifted depending upon the results of each activity but Justin and Brittany both agree that it is well under what levels we expect for the department. Brittany is going to get with Mike P. next week to discuss options and next steps. We can look at anything from demotion, write up, termination, department reassignment/reallocation, change in commission structure, etc but needs to be planned out and documents.<br>• Amanda is going to start pulling Ronna and Maddie/Dom in to go over underwriting policies and steps to get Ronna onto the next portion of training as well as keep Maddie and Dom on pace with this. They are all struggling to keep up being 120% yoy and having core meetings and trainings so trying to make the best use of time we can. Justin suggested pulling Kalebs cubicle together now to avoid any marital conflicts or issues causing unnecessary tension in loan | • |

**1-on-1 & Coaching Note Tool**

| | | | |
|---|---|---|---|
| | | processing. Brittany is putting in a Facilities Help Desk ticket for the cubicles since it will require assembly and an electrician to come out and wire all of them.<br>• Credit Solutions is moving along with minimal issues at this point. Normally it was an every other month up and down Brittany reminding Becky to stay on top of the 60+ day delinquencies. It has been almost 6 months since the last time they had to have that conversation which is a positive.<br>• Justin is seeking opinions on how core training is going so far. The information they go over, the pace they go over it in, and the system itself/what is covered. It is a good pace with enough repetition to ensure people grasp the basics. There are some questions we will have to decide on, some that cause concerns, and some like the damaged debit card that didnt dawn on Brittany it is through Velera not Symitar until after class that we just need to get out there for people. Julie is worried about certain things so she and Brittany were talking and Brittany suggested getting with her manager and asking for scheduled time to get in and go through the items shes concerned about in training for practice until she feels more comfortable with it. Brittany mentioned Sarah was later to class both days as she and Mike P. talked about which isnt an issue as much for the all day classes but the short ones can be a problem. We should be able to hammer out everything tomorrow between the Senior Management meeting and the core meeting in the afternoon.<br>• Justin discussed feedback from the email Brittany sent regarding concerns about the mortgage department. Justin provided the feedback that the | |

**1-on-1 & Coaching Note Tool**

| | | | |
|---|---|---|---|
| | | email was well worded and seeking to understand. That the roughly 7 words about being excluded without first understanding all aspects can be taken as accusatory and change the tone. Otherwise it was well done. Brittany and Justin discussed further that both felt the circling back and unclear communication with Jackie causes more confusion than necessary as well as how it was communicated to Dom then also that Dom made comments to others are a problem to continue to address.<br>• [redacted] we got another NCUA complaint again which is the same thing as the one in 2023. We have not had any direct communication with the member since 2023 and Brittany provided Justin with the updated communication log and the most recent NCUA complaint response. The Supervisory Committee has to draft a response to the NCUA for this and Brittany added all new documents to the compliance retention folder for the member.<br>• Rep Payee Justin mentioned that this should have been redirected to him which Brittany agreed she only answered the question and situation presented for the need at the time for ME and then let Justin know since it was a branch and compliance issue so it can be handled from there. Justin mentioned he had been in his office that whole morning and no one approached him about it until I did. He also will address the originating issue and manager who reached out to redirect to the right places and not just who placed a lock and alert. Justin and Brittany both agree that everyone coming to Brittany for help rather than the correct departments or leaders can cause overwhelm for Brittany trying to balance | |

**1-on-1 & Coaching Note Tool**

| | | | |
|---|---|---|---|
| | | everything within her own role, the core conversion, and staffing deficiencies with training right now. That this is similar to Lexie reaching out right before the One on One about a note on an Opportunity Checking account that Brittany said she would talk it over with Justin. In this instance Brittany can understand why Lexie reached out as the Opportunity Checking procedure and the review to ensure the meeting of direct deposits for the product itself the responsibility is owned by Credit Solutions. Justin explained his viewpoint that the item in question wasn't he procedure itself but rather an external item related but not connected. Brittany sees his point and agrees, letting Lexie know to reach out to Justin to handle it.<br>• Justin had some information and updates for the core. He ended up speaking with Frank the new head of the Share One appointed by the international company who essentially blamed the unclean data cuts on the Share One employees which surprised both Justin and Brittany as the ones working on our deconversion have moved mountains to fix things for us in the past. Our rep is no longer with Share One as of last week. As a result of the issues will be giving us a free data cut the end of April. If we need anything we are to reach out to him and Justin will be sharing that contact information. With Experience issues they are having trouble doing validation for Synapsis so will be doing that this Friday downstairs. There is a file type issue when data talks between Symitar and Synapsis because of our server converting it from ASCII to UNIX format so Eric is working on that. Brittany will reach out to Frank for the Trans Union 3 digit code if Sandra cannot find it (FYI for Monday | |

**1-on-1 & Coaching Note Tool**

| | | | |
|---|---|---|---|
| | | follow up, she did find it and email it to Brittany). Brittany asked about the importing of old Contact Managers as that data preservation and importing was something Denise had been working on. Brittany ended up handing the Remarks and Locks/Alerts and wrote the report for Contact Manager but hadnt heard anything so when something was mentioned in training it prompted her to ask. Brittany will run a sample list in Excel and send to Justin for Synpasis to test.<br>• Training thoughts- covered up above in other section<br>• Auto Recapture we hit our base goal and ME is knocking it out of the park but TS was only like 60 behind and had around 40k closing so could take over 1st place fairly easily. With the competition over goal there was 1st and 2nd price over the stretch goal there was 1st, 2nd, and 3rd plus Loan Processing. Justin asked how I felt even if we didnt hit 3mm stretch to include loan processing and I agreed with his thought process and was perfectly fine with recognizing their contribution to everything. | |
| | • | • | • |
| | • | • | • |
| | • | • | • |
| | • | • | • |
| | • | • | • |

## 1-on-1 & Coaching Note Tool

| | | | |
|---|---|---|---|
| | • | • | • |
| | • | • | • |
| | • | • | • |
| | • | • | • |