# EXHIBIT T

Horizon
Federal Credit Union

330 Pine Street
Williamsport, PA 17701

570-326-3636

horizonfcu.org

March 20, 2025

Brittany,

As discussed during our one-on-one meeting on Friday, March 14, 2025, we will be making changes to our organizational structure. Below are options available for you, post-conversion:

1) Transition to another role in the organization – Business Banking Manager was discussed.
2) 16-week severance package. This would require you to remain in your current role, with satisfactory performance and conduct, through July 25, 2025, and is conditioned on your execution of a separation agreement and release of claims at the end of your employment.
3) Voluntary termination.

In addition, we recognize you have been playing an integral part in preparation for our core conversion. If you decide to remain with Horizon with satisfactory performance and conduct through July 1, 2025, you will receive a gross bonus up to $10,000. The final amount will be based on the success of the conversion.

As discussed, I expect you to provide me with a decision no later than Tuesday, April 1.

Justin Howard
President/CEO

570-326-3636 x214

# FW: Options

1 message

**Brittany E. Baker** <[redacted]> Thu, Apr 3, 2025 at 2:13 PM
To: Brittany Baker <[redacted]>

Brittany Baker | NLMS# 940175
Chief Lending Officer

Horizon Federal Credit Union
330 Pine Street
Williamsport, PA 17701
Phone: 570-326-3636 Ext. 114

*CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this email and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply email and immediately and permanently delete this email and any attachments.*

---

**From:** Justin M. Howard <[redacted]>
**Sent:** Thursday, March 20, 2025 9:01 AM
**To:** Brittany E. Baker <[redacted]>
**Subject:** Options

Hello Brittany,

Per your request, here are the options in writing. Any questions, please let me know.

Thank you,

Justin Howard
CEO & President

Horizon Federal Credit Union
330 Pine Street
Williamsport, PA 17701

Phone: 570-326-3636 Ext. 214

*CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be , legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this email and any attachments.*

CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be , legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this email and any attachments.

---

**3.20.25 Baker Options Letter.pdf**
136 KB