# EXHIBIT U

# Decision Offer

1 message

**Brittany E. Baker** <Brittany[redacted] Thu, Apr 3, 2025 at 9:37 AM
To: Justin M. Howard <[redacted]

Justin,

Just to confirm our conversation we just had regarding the options to ensure we are on the same page. You are declining leaving me in a senior management position that you feel interpersonal skills are lacking which as discusse before included no write ups or evaluations with overall scores below expectations and that those incidents mostly an significantly pertained to Denise or conversations related to frustrations around Denise. That you feel the business position is the best fit and that you are looking to make it a Director position to keep me in upper management, no salary adjustments were outlined for this at this time. That you feel I could be back in senior management in a short period of time, but that time is not a defined amount or period at this time. That the soft skills of interpersonal relationships as your area of concern take time and pressure testing to demonstrate which the core conversion as a highly stressful time for the next 2 months of April and May and then a 90-day period post conversion for a total of 5 months is not sufficient. This period of time as I suggested aligns with when the current CXO would return from leave and position combinations and realignments could truly begin. That you would like my answer by Monday at the lates so positions can be announced and posted. To which I indicated that I felt this was a demotion of position which reflected in what appears to be retaliation due to the excessive and pervasive issues related to compliance and consistency as I outlined over the past several years related to Regulation B, HMDA, Safe Act, FCRA, Safeguard, ECOA etc. That I would need to speak with my attorney before making any decisions and go from there.

Thank you for the conversation and I will take the change of business titling into consideration. As there is no salary adjustments having been discussed at this time for any of the positions or predefined times or goals to what a "short period of time" or the expectation of soft skills that can be defined or measured that does present a few elements of uncertainty and concern to making an informed decision.

Brittany

Brittany Baker | NLMS# 940175
Chief Lending Officer

Horizon Federal Credit Union
330 Pine Street
Williamsport, PA 17701

Phone: 570-326-3636 Ext. 114

*CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this email and any attachments is prohibited. If yo have received this communication in error, please notify the sender by reply email and immediately and permanently delete this emai and any attachments.*

CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be , legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this email and any attachments.