# EXHIBIT V

Horizon
Federal Credit Union

## Internal Application

**Name:** Brittany Baker **Date of Hire:** 02/07/2022

**Position Applying For:** Chief Relationship Officer

**Current Position:** Chief Lending Officer **How long in this position?** 16 Months

**Why do you want to leave your current position?** I do not want to leave my current position.
As this is the combination of the CXO and CLO role I am the most eligible to transition to this lateral move position.

**Why are you interested in this position?** To continue working with my team as well as the branch teams to obtain our corporate objectives while supporting their accountability, growth, and development.

**Describe your current qualifications for this position, including education, skills and abilities and work experience.**

Having been a CEO of a credit union, the Direct of Retail Delivery over the branch network, the Director of Lending, and Chief Lending Officer I have the skills and experience for all necessary aspects of this position.

**Why will you be successful in this position that you are applying for?** I am already familiar with the programs, processes, and teams. I have the experience and qualification for a lateral move and I am also certified in several additional fields to assist the teams including Mortgage Underwriting and Credit Counseling.

**If offered this position, what do you anticipate being your hurdle(s) that you will need to overcome?**

Overcoming the training and accountability deficits within the branch network and resetting the teams for forward growth.
Evaluating the processes and procedures for compliance, consistency, and efficiency to ensure they have the assistance required to serve our members and community without unnecessary complications.

**Employee Signature:** [signature] **Date:** 05/08/2025

**Supervisor Signature:** ____________________ **Date:** ____________________

**Please Attach Resume With Internal Application**

# Application

1 message

**Brittany E. Baker** <Brittany[redacted]
To: Justin M. Howard <[redacted]

Thu, May 15, 2025 at 8:12 AM

Justin,

I was holding this for my evaluation but as this is not yet completed, I am sending this to you now. I was keeping an ey out for the CXO after last week to recommend someone external apply for it and saw this instead.

Thank you,

Brittany

Brittany Baker | NLMS# 940175
Chief Lending Officer

Horizon Federal Credit Union
330 Pine Street
Williamsport, PA 17701

Phone: 570-326-3636 Ext. 114

*CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this email and any attachments is prohibited. If yo have received this communication in error, please notify the sender by reply email and immediately and permanently delete this emai and any attachments.*

CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be , legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this email and any attachments.

**Brittany Baker Application Eft 05-08-2025.pdf**
367 KB