# EXHIBIT W

Brittany Baker
Chief Lending Officer
NMLS 940175

---

From: Brittany E. Baker <Brittany.[redacted]
Sent: Sunday, May 18, 2025 7:42:56 PM
To: jfedele2[redacted] <jfedele2[redacted]>
Subject: Re: Employment

Jim,

Thank you for your response and I acknowledge receipt of your position. I do encourage you to be more aware of all aspects of the situation, obligations to investigate completing a thorough and unbiased evaluation of all sides and documentation.

Thank you and have a great day,

Brittany

Brittany Baker
Chief Lending Officer
NMLS 940175

---

From: jfedele2[redacted]t <jfedele2[redacted]>
Sent: Sunday, May 18, 2025 2:53:38 PM
To: Brittany E. Baker <Brittany.[redacted]
Subject: RE: Employment

Hello Brittany,
I appreciate you contacting me, Justin has been keeping us informed of the situation. Generally the board's position is not to get involved in employee issues as we do not have first hand knowledge of the situations. I hope you can respect that position, as we would not want to undermine the leadership team by intervening when we do not have the full picture.

Thank you for reaching out.

**From:** Brittany E. Baker <Brittany.[redacted]
**Sent:** Thursday, May 15, 2025 8:15 AM
**To:** JIM FEDELE [redacted]>
**Subject:** Employment

Jim,

I wanted to reach out to see if you were aware of the details as it relates to my employment with Horizon. I am also concerned you are not received full details of all aspects as it relates to compliance and laws broken, complaints, attorneys, and the full unredacted employee survey.

Thank you,

Brittany

Brittany Baker | NLMS# 940175
Chief Lending Officer

Horizon Federal Credit Union
330 Pine Street
Williamsport, PA 17701

Phone: 570-326-3636 Ext. 114

*CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this email and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply email and immediately and permanently delete this email and any attachments.*

CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be , legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this email and any attachments.