# EXHIBIT X

**Horizon Manager Performance Appraisal**

**Name:** ____Brittany Baker_____________ **Job Title:** __Chief Lending Officer_______

**Supervisor:** ___Justin Howard___________ **From:** __1/1/2025__ **To:** __4/30/2025 __

**Scoring Scale**

| | |
|---|---|
| 1 | Does not demonstrate |
| 2 | Below Expectations |
| 3 | Meets Expectations |
| 4 | Exceeds Expectations |
| 5 | Extraordinary |

**Knowledge & Skill**

| Evidence of job knowledge, responsibilities, products/services to succeed in their role | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 2 | 10 | 20 |

**Comments:** Brittany possesses a strong knowledge in product, service, policy, procedure, and compliance. This strength brings value to conversations in which she is involved. Her strong knowledge enables her to do an excellent job referring products to members, as evident this last trimester with recommendations to Vinnie's Pizzeria. When it comes to her job description, she is performing well in most operational aspects of the role. It is the people and culture aspects of the role where significant underperformance is occurring. Professional communication is a significant area that needs development both verbally and in writing. During this past trimester there were numerous communications that could have been improved. Examples are Mortgage Email to Justin that implied that he circumvented her regarding changes in the mortgage department that the Mortgage Manager was communicating, which didn't occur, and he knew nothing about. Multiple emails to Denise that had an unprofessional and aggressive tone that continued to escalate the conflict and interpersonal issues between them. A defensive and down-putting response to Mike P. when he brought up in the leadership meeting about Justin helping with underwriting duties. The 1-on-1 on February 7th and March 3rd email to Justin about Denise also were not professional or constructive.

**Quality**

| Measure how accurately and efficiently emp. Performs job duties to achieve their goals | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 4 | 15 | 60 |

**Comments:** During this past trimester, Brittany produced at a high quality. She demonstrated an ability to follow policies and procedures. There was a lot of effort put forth by Brittany and her teams to clean up data for our upcoming core conversion. There was thoroughness and good execution of the core system validation. The core project organization has been well done for the amount of information and moving pieces that are taking place. For the most part this trimester, time was well utilized on high

impact tasks while less important tasks had to take a backseat due to the increasing workload of our core project.

**Teamwork**

| Evidence of working harmoniously with team members to achieve common goals | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 2 | 10 | 20 |

**Comments:** The first 4 months of 2025 were mixed results for achieving goals. The highlight was our consumer loan originations, resulting in $2.1 million above budget (118% of goal). GAP penetration was near goal, 41% achieved compared to a goal of 45%. Commercial lending underperformed by $103,000 (71% of goal). By far the biggest area of underperformance was our mortgage results; $1.1 million under budget (32% of the goal). Our mortgage area has continuously underperformed for over a year now. Brittany did well in proactively assisting her team this past trimester, especially Amanda when it came to underwriting, tasks she was working on, etc. because Amanda is not one to ask for assistance when she needs it. During the past 4 months, Brittany initiated some ideas, due to her compliance knowledge, that improved the credit union like the NCUA indirect fees to get that taken care of and suggesting a viable process to take card payments over the phone if the line is recorded. The large area under teamwork that needs to be improved is creating a harmonious work environment. The actions, behaviors, words, and tone that Brittany uses at times cause a stressful, negative, and/or combative environment for other team members. What also goes into this is that Brittany has decided of how a task, process, or discussion should go and often is unwilling to consider other outcomes. As a senior manager, we are supposed to be role-modeling acceptable behavior and creating the environment that aligns with our culture, which Brittany has not done on a number of occasions. Examples are on January 13th when Brittany sent an email to Justin around concerns with Denise, one of her direct reports was accidentally left on the email by Brittany. Other examples are how underwriting, the loan process or how lending training should occur. Brittany's tone and conduct during conversations created a negative experience & environment in senior leadership meetings, with Justin, with Denise, and/or with Justin & Denise regarding the training of Jess, Keith, and Kathy. When Brittany has made up her mind on an issue, it can be difficult to engage with her, as she often is not willing to listen to others, engage in a productive conversation, and consider other options.

**Service**

| Evidence of providing exceptional service to internal/external members | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 3 | 10 | 30 |

**Comments:** Brittany demonstrates good examples of service as well as areas of service that can be improved. She responds to questions promptly and will assist with overrides that come through Teams for various team members. On the flip side, there are times that Brittany is working on something else and the service reaction creates a perception that she is being bothered. She does a great job at problem resolution on the operational side. During the past few months, there have been adjustments and work arounds needed for various items on the core project. This can also be seen with a different loan suggestion that came out of doing the commercial loan review for a few of our business members as we gathered more information. On the personal side, the problem resolution can be improved as seen with the relationship with Denise that I thought was doing better in T3 of 2024 based on feedback from Brittany. However, starting in December, issues kept occurring, and this trimester saw more instances of finger-pointing and not working constructively to address the problems. Brittany is prompt for most of

| |
|---|
| her follow-up as seen with responses to emails, in particular to core, and responding to questions. During the past trimester, Brittany typically responds accurately to people with questions and if she doesn't know the question, she will redirect. This happened a few times where third parties were redirected to Mike P., Mike B., and/or Eric to get questions answered. |

**Brand Awareness**

| Evidence of embracing Horizon's brand and culture and demonstrating core values. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 1 | 15 | 15 |

| |
|---|
| **Comments:** At the end of last trimester and through the first couple months of this trimester the senior management team worked on reviewing and outlining our culture better in behaviors that we expect to see from each employee. The senior management team shared that we need to role model this behavior and even shared it at our annual employee training at the end of February. During the last trimester, it was outlined that working to improve internal relationships, impression/reputation, and communication were important moving forward. That didn't occur during this trimester. The poor professional relationship between Denise & Brittany was known to other team members at Horizon and impacted team members as they couldn't work together. Failures to role model our Mission included building positive relationships, active listening, keeping emotions under control, and being empathic, which have been shared in other parts of this review. With respect to Integrity, we saw multiple behaviors not displayed including owning actions, resolving issues, and addressing people directly. As an example, Brittany initially took accountability for her role in the disfunction on the senior management team. However, weeks later when discussing senior management and how to improve the situation, Brittany seemed to make a complete reversal, took no accountability, and indicated that she wasn't the fault at all and it was all Denise and Justin who was wrong. Another situation was when Brittany shared with Justin that she is trying to work better with Denise by not addressing every small thing that could cause negative frustration and by working with Denise to meet her expectations by giving her what is important to her. 2 ½ weeks later, the opposite occurred with Brittany addressing Denise around 1 loan being taken out of the online loan queue so Denise could train a team member on Home Equities. Brittany does have strength when it comes to demonstrating our community core value, knowing our products & services, and acting with urgency. |

**Internal Development**

| Taking advantage of internal and/or external resources to enhance knowledge and skills. | Rating (1-5) | Weight | Points (Rating x Weight) |
|---|---|---|---|
| | 3 | 10 | 30 |

| |
|---|
| **Comments:** During this last trimester Brittany completed BAI courses, participated in numerous trainings for the new core, and was part of the end of Tom Glatt's leadership and teamwork consulting. The key with development and education is not only doing it, it is also demonstrating that the new knowledge is being used to change actions and behaviors moving forward for enhanced results. The improved results are what needs to be seen, in particular with the people relationships and soft skills. |

**Leadership**

| Evidence of providing direction, displaying innovative ideas and staff development. Ability to make decisions and problem solve. | **Rating (1-5)** | **Weight** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 2 | 20 | 40 |

**Comments:** Brittany follows through on doing coaching and 1-on-1 of her staff. Progress can be seen with the performance with Amanda and Becky throughout this past trimester. However, there appears to be no improvement with Jackie with her performance or results. Brittany worked with Jackie on outlining a plan for the mortgage area last Fall with key objectives to achieve as it went through until April. However, it was clear that those objectives were not going to be achieved well before April, yet we waited until April to do anything about it. There could have been changes and actions made sooner in the mortgage department instead of waiting. The reputation that Brittany must overcome is the inconsistency of her demeanor and tone when interacting with others. Sometimes it goes well and other times it isn't a positive experience. This has caused some team members to avoid going to Brittany for questions. For me, I have personally experienced 1-on-1's, emails, or when she has stopped by my office that have been stressful not knowing how she will react. This past trimester Brittany has brought up multiple times to Justin about leaving Horizon/looking for another job. At times these statements felt like threats and other times it came across as a strategy to try to make Justin make a certain decision that Brittany wanted. Either way, this is not how I would expect a senior manager to conduct themselves or communicate.

**Goal #1**

| Core Conversion | **Rating (1-5)** | **Weight (Max total is 10)** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 4 | 5 | 20 |

**Comments:** Over the course of this past trimester there have been numerous items that have occurred with the core conversion. These include data validations, setup of various systems (ELA, EMA, Digital Banking, Synapsys), training, and much more. For the most part, the bulk of this work has gone well. There have been some areas where we could have improved, which would be to have our systems set up more completely prior to the training, which caused confusion with team members and test data cuts could have been smoother. Fortunately, we were able to get another set of test data cuts for EOM April to see if issues have been worked out.

**Goal #2**

| Clean-Up Data Files | **Rating (1-5)** | **Weight (Max total is 10)** | **Points (Rating x Weight)** |
|---|---|---|---|
| | 5 | 5 | 25 |

**Comments:** There were multiple sets of data that needed to be cleaned up for the core conversion. Some of these included ACH, business, and more. Brittany made sure that those responsible for the cleanup got those completed and she also tackled some of the cleanup items herself.

| | |
|---|---|
| **Employee Current Period Score**<br>**Sum all points/ 100** | 260/100 = 2.60% |

| **Employee Year to Date Score** | P1 = 2.60%, P2 =?.??%, P3 =?.??%: Avg: 2.60% |
|---|---|

| |
|---|
| **Overall Comments:** This past trimester was highly disappointing with Brittany's effort and results as I thought we were improving in key areas and relationships in trimester 3 2024. Most significant was the lack of role-modeling our culture effectively as a senior leader, not being able to resolve performance issues in her area, and issues with team member relationships. The inconsistent experiences when interacting with Brittany lead to many negative encounters that are not professional. The regression of interpersonal relationship skills outlined in this review and unprofessional interactions with Brittany during this past review period are particularly disappointing in light of the number of discussions and opportunities provided to show improvement in these areas. As a result, I made the decision to do an organization restructuring of our senior management team and Brittany doesn't align with the new senior management role based upon existing performance. |
| **Employee Development Plan** |

**Employee Goals for Next Period. Must be quantitative, with detailed information.**

| |
|---|
| **Goal #1 Core Conversion –** Keep overseeing the core conversion until completion. Make sure staff are ready for the conversion and able to do their roles through adequate training. Maintain communication and updates with third parties to ensure all systems are ready for the conversion. After conversion, trouble shoot, and tackle resolving issues and keep a list of things that we need to be tackled moving forward. |
| **Goal #2** |

| **Employee Comments** |
|---|
| |

**Supervisor Signature:** **Date:**

With my signature, I attest I have received this performance appraisal from my supervisor.
I have had sufficient opportunity to provide my comments in the above area.

**Employee Signature:** **Date:**

This performance appraisal is not to be construed as an employee contract and does not alter the Employment-AT-Will relationship in any way,