# EXHIBIT Z

**From:** Brittany E. Baker
**To:** HFCU Supervisory Committee; Supervisor Committee
**Subject:** Urgent Governance Matter – Regulatory Violations, Retaliation, and Board-Level Risk Exposure
**Date:** Tuesday, May 27, 2025 2:17:00 PM
**Attachments:** image001.png
03-03-2025 Email about Accepting Violations.pdf
2-7-2025 Board Member not Member.pdf
2024 FCRA Audit.pdf
01-28-2025 PCI- Wire Tapping Compliance.pdf
Sworn Statement of Events and Member Impact.pdf
Violations.docx
RE SM Meeting.pdf
RE Reg Violations.pdf
Reg B For Denise 1-2020 to 3-2025 Pt 2.xlsx.jpg
Reg B For Denise 1-2020 to 3-2025.xlsx
Ring Central Calls for Lock Haven 12-1-2024 to 4-18-2025.xlsx
3-18-25 Keiths Email With Sharing Screen- Sent to Compliance.pdf
04-07-2025 Decision Offer Information Requested- Unprovided.pdf
**Importance:** High

---

Dear Members of the Supervisory Committee,

I am writing to formally notify you of significant and ongoing regulatory violations, governance failures, and retaliatory actions that I have personally observed, documented, and reported while serving as Chief Lending Officer at Horizon Federal Credit Union.

Attached to this message is a detailed summary of violations, a sworn statement, and supporting documentation that outlines:

Breaches of the FTC Safeguards Rule, Pennsylvania Dual Consent for Call Recording for Wiretapping, Regulation B, FCRA, BSA, and other federal and state requirements;

Repeated internal warnings regarding these violations that were ignored or downplayed by Justin Howard as the most senior in executive leadership;

Retaliatory actions taken against me following protected disclosures, including a recent negative performance review and demotion threat, clearly intended to discredit or silence my compliance concerns;

Documented communication to the CEO informing them of these issues in real time as well as requesting an investigation by the Board Chairman as shown in the below email chain;

Evidence that the CEO may have misrepresented material facts to the Board regarding both the violations and my actions.

These matters are now under active review by the NCUA and FTC, and I have several hundred pieces of documentation substantiating these issues, which I am preserving for review during

rd

an investigation. The call recording for PA Wiretapping is a 3 degree felony for failure to disclose the call is being recorded and this has been a recurring issue raised by Michael Burns and myself over the last 18 months to Denise and Justin as call recording was requested by Denise and approved by Justin despite having no policy, procedure, or appropriate training in place.

As fiduciaries, you are entrusted with the oversight of Horizon's executive leadership, risk posture, and regulatory compliance. I am bringing this directly to you now because I believe that continued inaction or concealment poses serious risk to the credit union, its members, and the Board itself. You deserve full transparency, and I believe the organization deserves accountability.

I am available to answer any questions and provide additional documentation upon request.

Thank you for your time and attention to this serious matter. I respectfully request that the Supervisory Committee initiate an independent review of these issues immediately.

Sincerely,
Brittany Baker

Brittany Baker | NLMS# 940175
Chief Lending Officer

Horizon Federal Credit Union
330 Pine Street
Williamsport, PA 17701
Phone: 570-326-3636 Ext. 114

*CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this email and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply email and immediately and permanently delete this email and any attachments.*

---

**From:** Brittany E. Baker <Brittany.Baker@horizonfcu.org>
**Sent:** Sunday, May 18, 2025 7:43 PM
**To:** [redacted]
**Subject:** Re: Employment

Jim,

Thank you for your response and I acknowledge receipt of your position. I do encourage you to be more aware of all aspects of the situation, obligations to investigate completing a thorough and unbiased evaluation of all sides and documentation.

Thank you and have a great day,

Brittany

Brittany Baker
Chief Lending Officer
NMLS 940175

---

**From:** [redacted] <[redacted]
**Sent:** Sunday, May 18, 2025 2:53:38 PM
**To:** Brittany E. Baker <Brittany.Baker@horizonfcu.org>
**Subject:** RE: Employment

Hello Brittany,
I appreciate you contacting me, Justin has been keeping us informed of the situation. Generally the board's position is not to get involved in employee issues as we do not have first hand knowledge of the situations. I hope you can respect that position, as we would not want to undermine the leadership team by intervening when we do not have the full picture.

Thank you for reaching out.

---

**From:** Brittany E. Baker <Brittany.Baker@horizonfcu.org>
**Sent:** Thursday, May 15, 2025 8:15 AM
**To:** JIM FEDELE <[redacted]
**Subject:** Employment

Jim,

I wanted to reach out to see if you were aware of the details as it relates to my employment with Horizon. I am also concerned you are not received full details of all aspects as it relates to compliance and laws broken, complaints, attorneys, and the full unredacted employee survey.

Thank you,

Brittany

Brittany Baker | NLMS# 940175
Chief Lending Officer

Horizon Federal Credit Union
330 Pine Street
Williamsport, PA 17701
Phone: 570-326-3636 Ext. 114

*CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this email and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply email and immediately and permanently delete this email and any attachments.*

CONFIDENTIALITY NOTICE: This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be , legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this email and any attachments.