# EXHIBIT AA

Dear Ms. Baker,

As we have discussed on a number of occasions over the past few months, both verbally and in writing, we have decided to restructure our organization by combining both the Chief Experience Officer and the Chief Lending Offer roles in Senior Management into one role. With this change, we are also adding two additional positions that will report to this new Senior Management position for support.

A few months back, you were informed about these coming changes and provided with different options regarding your future with Horizon and the best fit in this new organizational structure. After multiple opportunities were provided to you, you did not select any of the options provided. It is now time that the organization must move forward.

Effective immediately, the Chief Lending Officer role is being eliminated, and your employment with Horizon Federal Credit Union has ended. Human Resources will be in contact with you to provide information about your benefits and getting your personal belongings to you. If you have any questions, please do not hesitate to contact the Human Resources Department.

Thank you for your service to Horizon Federal Credit Union, our membership, and communities.

Sincerely,

Justin Howard

Justin Howard
President & CEO
Horizon Federal Credit Union