**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRITTANY BAKER,<br><br>Plaintiff<br><br>v.<br><br>HORIZON FEDERAL CREDIT UNION, JUSTIN HOWARD and MICHAEL PATTERSON<br><br>Defendants | : | Civil Action No. 4:26-cv-02426-MWB |

**<u>NOTICE OF APPEARANCE</u>**

Kindly enter my appearance on behalf of Defendants Horizon Federal Credit Union, Justin Howard and Michael Patterson, in the above-captioned matter.

Respectfully,

**JACKSON LEWIS P.C.**

By: */s/ Jessica L. Mazzeo*
Jessica L. Mazzeo, Esq. (ID No. 331227)
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267)319-7802
F: (215)399-2249
Jessica.Mazzeo@jacksonlewis.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Jessica L. Mazzeo, hereby certify this 21st day of October 2026, a true and correct copy of the foregoing Notice of Appearance was served via the Court's ECF system upon all counsel of record.

*/s/ Jessica L. Mazzeo*
Jessica L. Mazzeo