**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRITTANY BAKER,<br><br>Plaintiff<br><br>v.<br><br>HORIZON FEDERAL CREDIT UNION, JUSTIN HOWARD and MICHAEL PATTERSON<br><br>Defendants | Civil Action No. 4:26-cv-02426-MWB |

**DEFENDANT HORIZON FEDERAL CREDIT UNION'S**
**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule 7.1, Defendant Horizon Federal Credit Union, by and through its undersigned counsel, hereby certifies that it is a non-governmental corporate entity, that it has no parent company and that no publicly traded company owns 10% or more of its ownership interests. Defendant will promptly file a supplemental statement if any required information changes.

Respectfully,

**JACKSON LEWIS P.C.**

By: */s/Jessica L. Mazzeo*
Timothy M. McCarthy, Esq. (PA 319308)
Jessica L. Mazzeo, Esq. (PA 331227)
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267)319-7802
F: (215)399-2249
Timothy.McCarthy@jacksonlewis.com
Jessica.Mazzeo@jacksonlewis.com
*Attorneys for Defendants*

Dated: October 21, 2026

**CERTIFICATE OF SERVICE**

I, Jessica L. Mazzeo, Esq., hereby certify this 21st day of October, 2026, a true and correct copy of the foregoing Corporate Disclosure Statement was served via the Court's ECF system upon all counsel of record.

*/s/ Jessica L. Mazzeo*
Jessica L. Mazzeo, Esq.