**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRITTANY BAKER,<br><br>Plaintiff<br><br>v.<br><br>HORIZON FEDERAL CREDIT UNION, JUSTIN HOWARD and MICHAEL PATTERSON<br><br>Defendants | No. 4:26-cv-02426-MWB |

**DEFENDANTS' PARTIAL MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PRO. 12(b)(6)**

Defendants Horizon Federal Credit Union, Justin Howard and Michael Patterson, by and through their attorneys of record, Jackson Lewis P.C., hereby file this Partial Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and state in support of the instant motion as follows:

1. Plaintiff filed her three-count Complaint on August 24, 2026 alleging against all Defendants violations of the Consumer Financial Protection Act of 2010, the Sarbanes-Oxley Act of 2002 and misrepresentation. *See* ECF. No. 1.

2. Defendants now move to dismiss all claims against Defendant Patterson as Plaintiff has not sufficiently pled any facts as to Patterson and her Complaint engages in

improper group pleading. *See generally* ECF. No. 1.

3. Defendants also seek to dismiss Count II of Plaintiff's Complaint in its entirety with prejudice because (1) Defendant Horizon is not a covered employer under SOX and by extension Defendants Howard and Patterson are not covered employees; and (2) Plaintiff failed to exhaust her required administrative remedies against Defendants Howard and Patterson and thus dismissal is warranted.

4. Defendants also seek to dismiss Count III of Plaintiff's Complaint in its entirety with prejudice because the misrepresentation claim on its face fails to state a claim upon which relief can be granted.

5. Undersigned counsel met and conferred with counsel for Plaintiff outlining the bases for this motion however Plaintiff's counsel stated that they would not dismiss or amend the complaint.

WHEREFORE, Defendants respectfully request that this Court dismiss Count I of Plaintiff's Complaint as to Defendant Patterson only and dismiss Counts II and III of Plaintiff's Complaint as to all Defendants, as set forth in the attached Order.

Respectfully submitted,
**JACKSON LEWIS P.C.**

***/s/ Jessica L. Mazzeo***

Timothy M. McCarthy, Esq. (PA 319308)
Jessica L. Mazzeo (PA No. 331227)
Three Parkway, Suite 1350
1601 Cherry Street
Philadelphia, PA 19102
T: (267) 319- 7802
timothy.mccarthy@jacksonlewis.com
jessica.mazzeo@jacksonlewis.com
*Attorneys for Defendants*

Dated: October 21, 2026

## CERTIFICATE OF SERVICE

I, Jessica L. Mazzeo, Esq., do hereby certify that on this 21st day of October, 2026, I caused a true and correct copy of the foregoing Defendants' Partial Motion to Dismiss Plaintiff's Complaint to be served via this Court's electronic filing system ECF upon all counsel of record.

***/s/ Jessica L. Mazzeo***
Jessica L. Mazzeo, Esq.