**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRITTANY BAKER,<br><br>Plaintiff<br><br>v.<br><br>HORIZON FEDERAL CREDIT UNION, JUSTIN HOWARD and MICHAEL PATTERSON<br><br>Defendants | : | No. 4:26-cv-02426-MWB |

**ORDER**

AND NOW on this ___ day of _______________, 2026, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6), and any response by Plaintiff thereto, it is hereby ORDERED that said motion is GRANTED. It is FURTHER ORDERED that:

1. Count I of Plaintiff's Complaint is DISMISSED as to Defendant Michael Patterson only WITH PREJUDICE; and
2. Counts II and III of Plaintiff's Complaint are DISMISSED in their entirety as to all Defendants WITH PREJUDICE.

It is FURTHER ORDERED that the remaining Defendants shall file their Answer to Count I of Plaintiff's Complaint within fourteen (14) days of the date of this Order.

SO ORDERED:

______________________________
The Honorable Matthew W. Bran