# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.8(b)

I, Jessica L. Mazzeo, Esq., do hereby certify that in compliance with Local Rule of Civil Procedure 7.8(b), Defendants' Memorandum of Law in Support of Its Partial Motion for Summary Judgment exceeds fifteen (15) pages but contains no more than 5,000 words. Defendants' Memorandum, including footnotes, contains 4,891 words.

Respectfully submitted,
**JACKSON LEWIS P.C.**

***/s/ Jessica L. Mazzeo***
Timothy M. McCarthy, Esq. (PA 319308)
Jessica L. Mazzeo (PA No. 331227)
Three Parkway, Suite 1350
1601 Cherry Street
Philadelphia, PA 19102
T: (267) 319- 7802
timothy.mccarthy@jacksonlewis.com
jessica.mazzeo@jacksonlewis.com
*Attorneys for Defendants*

Dated: October 22, 2026