# CERTIFICATE OF COMPLIANCE WITH CONFERRAL REQUIREMENTS

I, Jessica L. Mazzeo, Esq., do hereby certify that in compliance with this Court's August 24, 2026 Order (ECF No. 4) regarding motions to dismiss, that I met and conferred with counsel for Plaintiff on October 8, 2026, and conferred again through emails on October 9, 2026 and October 13, 2026, regarding Defendants' bases for, and intention to file, the foregoing partial motion to dismiss. After conferring, counsel for the parties were unable to resolve their differences and thus the foregoing partial motion to dismiss is filed herewith.

Respectfully submitted,
**JACKSON LEWIS P.C.**

***/s/ Jessica L. Mazzeo***

Timothy M. McCarthy, Esq. (PA 319308)
Jessica L. Mazzeo (PA No. 331227)
Three Parkway, Suite 1350
1601 Cherry Street
Philadelphia, PA 19102
T: (267) 319- 7802
timothy.mccarthy@jacksonlewis.com
jessica.mazzeo@jacksonlewis.com
*Attorneys for Defendants*

Dated: October 22, 2026