# CERTIFICATE OF SERVICE

I, Jessica L. Mazzeo, Esq., do hereby certify that on this 22nd day of October, 2026, I caused a true and correct copy of the foregoing Defendants' Memorandum of Law in Support of Their Partial Motion to Dismiss, and accompany Certifications, to be served via this Court's electronic filing system ECF upon all counsel of record.

***/s/ Jessica L. Mazzeo***
Jessica L. Mazzeo, Esq.