**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRITTANY BAKER,<br><br>Plaintiff<br><br>v.<br><br>HORIZON FEDERAL CREDIT UNION, JUSTIN HOWARD and MICHAEL PATTERSON<br><br>Defendants | Civil Action No. 4:26-cv-02426-MWB |

# NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendants Horizon Federal Credit Union, Justin Howard and Michael Patterson, in the above-captioned matter.

Respectfully Submitted,

**JACKSON LEWIS P.C.**

*/s/Timothy M. McCarthy*
Timothy M. McCarthy (PA No. 319308)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
timothy.mccarthy@jacksonlewis.com
*Attorneys for Defendants*

Date: October 22, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2026, I caused a true and correct copy of this Notice of Appearance to be served upon all counsel of record via the Court's ECF System.

Respectfully Submitted,

**JACKSON LEWIS P.C.**

*/s/Timothy M. McCarthy*
Timothy M. McCarthy (PA No. 319308)

4921-8260-9624, v. 2